**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*: | Chapter 11 |
| HERALD MEDIA HOLDINGS, INC., *et al*., | Case No. 17-12881 (LSS) |
| Debtors.[1] | (Jointly Administered) |
|  | Re: D.I. 13, 146, 233 |

**NOTICE OF FILING OF REVISED PROPOSED ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) AUTHORIZING AND APPROVING THE DEBTORS' PERFORMANCE UNDER THE ASSET PURCHASE AGREEMENT; (C) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 8, 2017, the above-captioned Debtors filed the *Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for: (I) An Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially all the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief* (D.I. 13) (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 5, 2018, the United States Bankruptcy Court for the District of Delaware entered the *Order Granting Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Herald Media Holdings, Inc. (5048); Herald Media, Inc. (1468); Boston Herald, Inc. (5341) and Herald Interactive, Inc. (2359). The Debtors' headquarters are located at 70 Fargo Street, Suite 600, Boston, MA 02210.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Procedures Order.

11661449.1

*Code for an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially all the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief* (D.I. 146) (the "Sale Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures and the Sale Procedures Order, the Auction was held on February 13, 2018, at 1 p.m. (prevailing Eastern Time), and the Auction closed on February 13, 2018, at approximately 6:15 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, and in good faith consultation with the Consultation Parties, the Debtors selected MNG-BH Acquisition LLC as the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed *Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and Other Interests; (B) Authorizing and Approving the Debtors' Performance under the Asset Purchase Agreement; (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief Granting Related Relief* (the "Proposed Sale Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a proposed Asset Purchase Agreement between the Debtors, as sellers, and MNG-BH Acquisition LLC, as buyer.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a transcript of the Auction Proceedings

Dated: February 14, 2018
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jose F. Bibiloni*
Curtis S. Miller (No. 4583)
Tamara K. Mann (No. 5643)
Jose F. Bibiloni (No. 6261)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
cmiller@mnat.com
tmann@mnat.com
jbibiloni@mnat.com

- and -

BROWN RUDNICK LLP
William R. Baldiga (admitted *pro hac vice*)
Sunni P. Beville (admitted *pro hac vice*)
Tristan G. Axelrod (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
wbaldiga@brownrudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

*Co-Counsel to the Debtors and Debtors in Possession*