## EXHIBIT C

**Transcript of Auction Proceedings**

1

2          UNITED STATES BANKRUPTCY COURT
              DISTRICT OF DELAWARE
3

    IN RE:                        )
4                                 )
    HERALD MEDIA HOLDINGS, INC., et)
5   al.,                          ) Chapter 11
                                  )
6            Debtor.              ) 17-12881(LSS)
                                  )
7   ------------------------------)
8

9

10              AUCTION PROCEEDINGS
11              Boston, Massachusetts
12          Tuesday, February 13, 2018
13

14

15

16

17

18

19

20

21

22

23

24  Reported by:
    Philip Rizzuti
25  JOB NO. 136035

## Page 2

1
2
3 February 13, 2018
4 1:29 p.m.
5
6     AUCTION PROCEEDINGS, held at the
7 offices of Brown Rudnick LLP, 1
8 Financial Center, Boston,
9 Massachusetts, pursuant to order,
10 before Philip Rizzuti, a Notary Public
11 of the State of New York
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1
2 A P P E A R A N C E S:
3
4 BROWN RUDNICK
5 Attorneys for Debtors
6     One Financial Center
7     Boston, Massachusetts 02111
8 BY:  WILLIAM BALDIGA, ESQ.
9     SUNNI BEVILLE, ESQ.
10     TRISTAN AXELROD, ESQ.
11
12
13 AKIN GUMP STRAUSS HAUER & FELD
14 Attorneys for Medianews Group
15     One Bryant Park
16     New York, New York 10036
17 BY:  DAVID D'URSO, ESQ.
18     LISA BECKERMAN, ESQ.
19     SOURISH GHOSH, ESQ.
20
21 THACKER ROBINSON ZINZ
22 Attorneys for Gatehouse
23 1375 East 9th Street
24 Cleveland, Ohio 44114
25 BY:  LYNN LARSEN, ESQ.

## Page 4

1
2 A P P E A R A N C E S:
3     COLE SCHOTZ
4     Attorneys for Gatehouse
5     300 East Lombard Street
6     Baltimore, Maryland 21202
7 BY:  IRVING WALKER, ESQ.
8
9     YOUNG CONAWAY STARGATT & TAYLOR
10 Attorneys for Revolution Capital
11     Rodney Square
12     1000 North King Street
13     Wilmington, Delaware 19801
14 BY:  ROBERT BRADY, ESQ.
15     VINCE THOMAS, ESQ.
16
17 FEINBERG, CAMPBELL & ZACK
18 Attorneys for Local 25
19 177 Milk Street
20 Boston, Massachusetts 02109
21 BY:  MICHAEL FEINBERG, ESQ.
22     ERIC SUTTY, ESQ.
23
24
25

## Page 5

1
2 A P P E A R A N C E S:
3
4 SAUL EWING ARNSTEIN & LEHR
5 Attorneys for CWA
6 1037 Raymond Boulevard
7 Newark, New Jersey 07102
8 BY:  SHARON LEVINE, ESQ.
9     DIPESH PATEL, ESQ.
10
11 BRYAN CAVE
12 Attorney for CWA/ITU Negotiated Pension
13 Plan
14     1290 Avenue of the Americas
15     New York, New York 10104
16 BY:  STEPHANIE WICKOUSKI, ESQ.
17
18 ALSO PRESENT:
19
20 PAT PURCELL, Herald Media
21 JEFF MAGRAM, Herald Media
22 JOE O'NEILL, Herald Media
23 DAVID SOARES, Herald Media
24 JOHN FLINN, Herald Media
25 HEATH FREEMAN, MNG
    GUY GILMORE, MNG

Page 6

1
2    A P P E A R A N C E S :
3
4    MARSHALL ANSTANDING, MNG
5    MARIO ZARAZUA, MNG
6    MICHAEL REED, Gatehouse
7    OSCAR LEE, Gatehouse
8    KIRK DAVIS, Gatehouse
9    POLLY GRUNFELD SACK, Gatehouse
10    ROBERT LORING, Revolution Capital
11    SEAN DORNEY, Revolution Capital
12    AMAN BAJAJ, Revolution Capital
13    SEAN O'BRIEN, Local 25
14    EDWARD GRODEN, Local 25
15    MICHAEL HALLEY, Local 25
16    KATHY MUNROE, CWA
17    BRIAN WHELAN, CWA
18    O'RYAN JOHNSON, CWA
19    TANIA MICHELE MEJER, CWA
20    PAUL HARTNETT,
21    OWEN VAN ESSEN,
22
23
24
25

Page 7

1    Auction Proceedings
2    MR. BALDIGA:  We are going to go
3 on the record.
4    Good morning, or good afternoon, I
5 am Bill Baldiga, a partner at Brown
6 Rudnick, we are counsel for the Herald
7 entities, Herald Media Holdings Inc.,
8 Herald Media Inc., Boston Herald Inc.,
9 and Herald Interactive Inc., in the
10 jointly administered Chapter 11 cases
11 pending in the United States Bankruptcy
12 Court for the District of Delaware.  The
13 lead case number is 17-12881.  I will
14 refer to those entities as the debtors or
15 the Herald throughout the auction.
16    I am here with several colleagues
17 and several representatives of the
18 debtors, including our investment banker
19 Owen Van Essen.  Owen is in the back of
20 the room.  And the owner, indirect owner
21 and the publisher and the director of the
22 Herald Mr. Patrick Purcell.
23    Pat.
24    MR. PURCELL:  Briefly I just want
25 to say how much I appreciate the interest

Page 8

1    Auction Proceedings
2 in the Herald, this is an important
3 institution in Boston, our readers, our
4 advertisers rely on it day in and day
5 out, it is a valuable piece of the Boston
6 fabric.  The fact that there is this
7 interest in continuing it, I really
8 appreciate the fact that there is that
9 interest because it is so important here.
10 I wish I could have continued to do it,
11 but obviously that is not to happen.  But
12 I want to just take this opportunity to
13 thank everybody for their interest and
14 let's keep it going, okay.
15    Also I want to take this
16 opportunity to thank all of the employees
17 and staff at the Herald for the
18 phenomenon job they have done, not over
19 the course of my tenure so much, but this
20 has been a very difficult period, this
21 whole process that we are going through
22 right now, and it has been very difficult
23 for everybody, and it will be wonderful
24 when this is finally resolved to the best
25 it can possibly be.

Page 9

1    Auction Proceedings
2 So thank you everybody.
3    MR. BALDIGA:  Thank you Pat.
4    Also with us today is one of my
5 colleagues, Esther Leonard way in the
6 back.  She is going to be here.  If
7 anybody needs anything, Esther just stand
8 up so people can find you.  She will be
9 around, if you need anything, directions,
10 anything, copies made, whatever else you
11 need, just grab Esther and she will get
12 it done.  Or if you can't find Esther
13 grab one of the Brown Rudnick people.
14    We are here today for the auction
15 of the Herald's assets pursuant to the
16 bidding procedures that were approved by
17 the Bankruptcy Court pursuant to the
18 sales procedure order entered in the
19 Chapter 11 cases on January 5th, docket
20 number 146.  I am also referring to the
21 agreed order that was entered about two
22 weeks ago on the Herald's Section 1113
23 rejection motion at docket number 213
24 which also ascribes similar rules for
25 this auction.

```
1          Auction Proceedings
2          The auction will be conducted in
3    all respects in accordance with the
4    bidding procedures.  To the extent that
5    there are any inconsistencies between
6    these auction rules and the bidding
7    procedures the bidding procedures shall
8    control.  If anyone needs a copy of the
9    bidding procedures or the sale procedures
10   just shout and we will give you a copy.
11         We have a court reporter here
12   today, by local rule everything said in
13   this room is live and will be
14   transcribed, and this transcript will be
15   made available, including to the court.
16   All bidding and other formal aspects of
17   the auction will be reflected on the
18   record and will be in this room.
19         To facilitate things for the court
20   reporter I ask that each speaker identify
21   yourself before speaking, and please try
22   to come to the mike here, including
23   making bids or anything else because it
24   will be much easier for the court
25   reporter looking at right you and it will
```

```
1          Auction Proceedings
2    avoid confusion, especially with this
3    many people in the room, it is really not
4    manageable otherwise.  Even if you have
5    previously identified yourself, at least
6    until the court reporter feels fairly
7    comfortable because we had so many bids,
8    please do identify yourself.
9          Also in attendance are
10   representatives of several creditor
11   bodies, each of which is designated under
12   the bid procedures as a so-called
13   consultation party, and they include
14   representatives of a number of entities
15   affiliated with and including the
16   Communication Workers of America, which I
17   will refer as the CWA.  In that group are
18   the Newspaper Guild of Greater Boston,
19   Local 30; the New York Typographical
20   Union, Local 14156; the Newspaper Guild
21   International Pension Fund; The Newspaper
22   Guild International Pension Fund; and the
23   TNG-CWA Adjustable Pension Plan.
24         There are also here today
25   representatives of the International
```

```
1          Auction Proceedings
2    Brotherhood of Teamsters, Local 25, and
3    the New England Teamsters and Trucking
4    Industry Pension Fund, to which I will
5    refer to collectively as the Teamsters.
6    And representatives of the CWA/ITU
7    Negotiated Pension Plan, which I will
8    refer to as the CWA/ITU Pension Plan.
9    Together we will refer to them as the
10   consultation parties as the day goes on.
11         We are pleased as Mr. Purcell said
12   to have three bids, each of the three
13   bids for substantially all of the
14   debtor's assets.  We are very pleased
15   that each of the bidders has put in a
16   substantial amount of time and effort to
17   put yourselves in the position you are
18   today to bid enthusiastically for these
19   assets, and we very much appreciate your
20   being here today.
21         The three bidders are Gatehouse
22   Media Massachusetts 1, Inc., which I will
23   try to refer to as Gatehouse; Revolution
24   Media Group, Inc., I will refer to as
25   Revolution, and Medianews Group, Inc.,
```

```
1          Auction Proceedings
2    MNG.
3          Each bidder should have if at all
4    possible one designated spokesperson to
5    avoid confusion regarding each bidder's
6    position, and I would ask that the
7    spokesperson be someone physically
8    present here.  If anyone needs to dial in
9    or so forth that is fine, we can try to
10   make arrangements, but the spokesperson
11   should be someone here, and given the
12   attendance hopefully that is not too much
13   of a problem.
14         Just for the benefit of all here
15   could I ask each bidder to please
16   identify themselves and the spokesperson
17   of each as to who will speak for that
18   bidder.
19         Gatehouse.
20         MR. REED:  Michael Reed, CEO of
21   New Media Investment Group, Gatehouse is
22   a 100 percent wholly owned subsidiary of
23   New Media.
24         MR. BALDIGA:  Thank you.
25         Revolution.
```

Page 14

1    Auction Proceedings
2        MR. BRADY:  Robert Brady of Young
3    Conaway, I will be the spokesperson for
4    Revolution.
5        MR. BALDIGA:  Thank you Robert.
6    And MNG.
7        MS. BECKERMAN:  Lisa Beckerman of
8    Akin Gump, I will be the spokesperson for
9    MNG.
10       MR. BALDIGA:  Thank you very much
11   Lisa.
12       Now there are a number of rules
13   that unfortunately I am going to try to
14   get through very quickly.  One of the
15   most important is that each bidder I am
16   going to ask now to confirm on the record
17   that the bidder has not taken and is not
18   aware of any action that would prevent
19   the Bankruptcy Court from finding that
20   that bidder has acted in good faith at
21   all times during this bidding and auction
22   process.
23       Again starting with Gatehouse.
24       MR. REED:  Yes.
25       MR. BALDIGA:  Thank you.

Page 15

1    Auction Proceedings
2    Mr. Brady.
3        MR. BRADY:  Robert Brady confirms.
4        MR. BALDIGA:  Thank you.
5    MNG.
6        MS. BECKERMAN:  Lisa Beckerman
7    confirms.
8        MR. BALDIGA:  Thank you.
9        Next I will ask each bidder to
10   confirm that it has not had
11   communications with any other bidder with
12   the goal of either controlling the price
13   for the Herald's assets or discouraging
14   other bidder's participation in this
15   auction.  That it's qualified bid is
16   indeed made in good faith, and that it
17   intends to consummate the proposed
18   transaction if selected as the successful
19   bidder promptly after entry of the order
20   in the Bankruptcy Court approving that
21   transaction.
22       Mr. Reed.
23       MR. REED:  Confirmed.
24       MR. BALDIGA:  Mr. Brady.
25       MR. BRADY:  Confirmed.

Page 16

1    Auction Proceedings
2        MR. BALDIGA:  Ms. Beckerman.
3        MS. BECKERMAN:  Confirmed.
4        MR. BALDIGA:  Thank you.
5        I would also say that we would ask
6    and direct bidders not to talk to each
7    other without our permission, and I would
8    say that I -- I can't think of a reason
9    why we would give that permission.  But
10   if any of the bidders feel the need to
11   talk among yourselves please come to us
12   first and we will talk about it and talk
13   to our consultation parties.  But
14   discussion among bidders is very much
15   discouraged, and so be careful even if
16   you are talking about the weather and so
17   forth because it is an important rule.
18       I also would ask that each bidder
19   now confirm that it has the financial
20   wherewithal to promptly consummate it's
21   qualified bid following approval of the
22   Bankruptcy Court.
23       Gatehouse.
24       MR. REED:  Sorry, I didn't hear
25   you.

Page 17

1    Auction Proceedings
2        MR. BALDIGA:  That you have the
3    financial wherewithal to close the
4    transaction if you are the winning
5    bidder?
6        MR. REED:  Confirmed.
7        MR. BALDIGA:  Mr. Brady.
8        MR. BRADY:  Robert Brady confirms.
9        MS. BECKERMAN:  Lisa Beckerman
10   confirms.
11       MR. BALDIGA:  Thank you.
12       I believe that other than
13   representatives of the Herald,
14   representatives of the consultation
15   parties, the three bidders, and our
16   stenographer there is no one else in the
17   room.  Could anyone who is not with the
18   consultation parties, a bidder or the
19   Herald please identify yourself now.
20       Let the record reflect that no one
21   has come forward.
22       I would also note that we have had
23   requests made by at least two reporters
24   over the last week, one employed by the
25   Herald and who happens also to be a

Auction Proceedings

1 Auction Proceedings
2 member of one of the consultation party
3 unions to be present for this auction.
4 The debtors have exercised their
5 discretion under the sales procedure
6 order to exclude the press or other real
7 time public participation at this
8 auction.
9 The reasons for that decision
10 include the concern that press attendance
11 could impede the ability of the parties
12 to have private conversations and might
13 otherwise chill the sale.  That decision
14 however leads me to remind everyone here
15 that this is a highly confidential
16 bidding and auction process until the
17 Herald announces that the auction has
18 been completed.
19 So there is not to be any calls,
20 tweets or other outreach to your
21 respective news organizations, to the
22 public, or to anyone outside the parties
23 here until the auction is announced as
24 closed, regardless of the fact that we
25 all here either represent or are members

1 Auction Proceedings
2 of institutions who make their living
3 with hard working employees who try to
4 publish whatever they know before others
5 do.
6 If anyone believes that they are
7 not able to abide by that rule you will
8 have to leave, and I would ask to please
9 do that now.  And I would say as to the
10 Herald and to the consultation parties
11 and to each bidder, because you all
12 employ members of the press, you as
13 parties here are responsible for your own
14 representatives and so please enforce
15 that.
16 The flip side of that caution is
17 that please remember there are
18 representatives of the press in
19 attendance.  We are not asking each
20 member of the press in attendance to
21 never report as to what happens here
22 today.  So every party is responsible for
23 making sure that your private
24 conversations and your private papers are
25 indeed kept private.

1 Auction Proceedings
2 Each bidder has a room, please do
3 conduct your private conversations in
4 your room.  And I do say what should be
5 obvious, what is in each party's room is
6 private for the benefit of the people
7 assigned to that room.  Please don't go
8 in other people's rooms unless you are
9 invited in and there is someone there to
10 usher you in.
11 At the conclusion of the auction
12 Mr. Purcell would like to work with the
13 representatives of the winning bidder to
14 coordinate whatever press announcement it
15 is going to make.  It is Mr. Purcell's
16 view and our view that it will be a good
17 occasion and will want to collectively
18 with you maximum outreach on that and it
19 is best done in a coordinated fashion.
20 I will be the moderator for the
21 auction and recognize bidders and any
22 other comments that anyone may want to
23 make during the course of the auction.
24 In consultation with our consultation
25 parties the debtors may employ and

1 Auction Proceedings
2 announce other procedural rules that are
3 not inconsistent with the bidding
4 procedures, the Bankruptcy Code, or any
5 orders of the court.
6 The debtors reserve the right to
7 adjourn the auction and recommence it at
8 any time, including adjournment overnight
9 if appropriate under the circumstances.
10 We hope not to do that, we hope to
11 conclude today, we would like to keep
12 things moving quickly, but we want to
13 give everybody every opportunity to make
14 your best bid possible.
15 There is likely to be downtime
16 between bids where we will need to confer
17 with bidders or other interested parties
18 outside this room.  During that time I
19 would ask that at least one
20 representative of each of the bidders be
21 somewhere near your room so we can find
22 you if need be.  So don't go all down for
23 a smoke or whatever at the same time.
24 Under the bidding procedures the
25 debtors after conferring with the

1  Auction Proceedings
2  consultation parties are required to
3  announce the name of the bidder that has
4  the initial high bid by which to start
5  the auction which will follow, and
6  following additional consultation with
7  the consultation parties as to whether
8  each additional bid should be considered
9  a higher and better bid, each successive
10 bid is to be provided on an open basis
11 with all material terms of each bid to be
12 fully disclosed to all qualified bidders.
13 Similarly the terms of every bid will be
14 shared with the consultation parties.
15     As I get to the end of the ground
16 rules here we will put on both screens
17 all of the details of all of the bids,
18 including every value adjustment the
19 debtors in consultation with the
20 consultation parties have made so far, so
21 that the goal here is that it is to be
22 fully transparent and to facilitate
23 discussions with you.
24     I would like to confirm again as
25 consistent with the local rules that no

1  Auction Proceedings
2  party may have any communication with any
3  bidder or any other party with the goal
4  of either controlling the price for the
5  Herald's assets or discouraging any
6  bidder's participation in the auction.
7      By participating in the auction
8  and by making any bid each bidder
9  confirms with each bid that it's
10 qualified bid is in good faith and is a
11 bona fide order, that it has not engaged
12 in any collusion with respect to the
13 bidding or the sale, and it intends to
14 consummate the proposed transaction if
15 selected as the successful bidder
16 promptly after the entry of an order of
17 the Bankruptcy Court approving the sale.
18     Bidders are not permitted at any
19 time to discuss with each other any
20 aspect of their bid such as the price,
21 the assets to be purchased, or the other
22 terms of their bids.
23     When any bidder makes an overbid
24 it must describe the bid, including the
25 cash portion and any other aspect of the

1  Auction Proceedings
2  consideration being offered, any assumed
3  liabilities, and any waiver of claims or
4  other considerations.  For each overbid
5  submitted the bidder will have deemed to
6  have confirmed that it has the financial
7  capacity to consummate that transaction
8  even as the bids are increased.
9      If any bidder makes an overbid and
10 the debtors in consultation with the
11 consultation parties deemed that bid to
12 not be acceptable, that is not higher and
13 better, we will give you another chance
14 to make another bid.
15     We are not going to try to
16 determine here any order of bidding, so
17 we will announce the starting bid at the
18 auction, but then either other bidder can
19 make the next bid.  There is not a
20 particular order, A, B, C; A, B, C.
21     We reserve the right to impose
22 time limits on bidders in consultation
23 with our consultation parties if we think
24 it appropriate at that junction, but I
25 was not intending to announce now any

1  Auction Proceedings
2  particular time limit on bids.  I think
3  many of us have been to a number of
4  auctions and I think we will have to deal
5  with that as the time goes on if we think
6  that some bidder or another is getting an
7  advantage of a delay.
8      Prior to the commencement of the
9  bidding we will describe coming up
10 shortly the terms of the starting bid.
11 All incremental bids thereafter shall be
12 made in increments of at least $100,000
13 above the previously announced high bid.
14 Any overbid may also contain whatever
15 alterations, modifications, deletions of
16 your original bid provided that the bid
17 as altered complies with the terms of the
18 bidding procedures and sale procedures.
19     Any overbid is irrevocable and
20 shall remain open and binding on the
21 bidder until and unless that bidder
22 submits a further qualified bid as
23 another overbid.  In addition each bidder
24 will be required to maintain it's latest
25 and last qualified bid as a backup bid

Auction Proceedings

1 unless the Herald otherwise explicitly
2 agrees to waive that requirement on the
3 record.
4 As I announce the material terms
5 of each overbid I will try to include the
6 basis for calculating the total
7 consideration offered in such overbid and
8 the resulting benefit to the estate on
9 the bid assessment criteria. This may be
10 somewhat complicated depending on the
11 nature of the overbids, and so that may
12 be as simple as announcing additional
13 cash, or complicated as I guess any
14 number of permutations could be.
15 The debtors in consultation with
16 the consultation parties reserve their
17 right in their business reasonable
18 business, but subject to Section 6(f) of
19 the bidding procedures to adjourn to
20 facilitate discussions with any of the
21 bidders to consider how they wish to
22 proceed, or to provide additional
23 evidence as the debtors may require to
24 evidence that the bidders have sufficient

Auction Proceedings

1 resources given the increased bids to
2 close on that sale.
3 The auction will obviously
4 continue until there is only one
5 qualified bid that the debtors have
6 determined after discussion with the
7 consultation parties in their reasonable
8 business judgment to be the highest or
9 otherwise best qualified bid at which
10 point the auction will be closed, and
11 that party will be designated as the
12 successful bidder.
13 The auction will not close until
14 all qualified bidders have been given a
15 reasonable opportunity to make a further
16 overbid. It is our intention to try to
17 keep each APA reasonably current with all
18 overbids so that at the conclusion of the
19 auction without significant delay we are
20 able to actually sign the documents
21 evidencing the winning bid, the
22 successful bid. That may or may not be
23 possible, but it is certainly our
24 intention and we will try to do that, and

Auction Proceedings

1 so we would ask your representatives to
2 try to keep up with us in doing that.
3 Paul Hartnett the Herald's corporate
4 counsel also in the back is going to take
5 primary responsibility on our end for
6 doing that, but we will all need to work
7 together to do that.
8 We are required not later than
9 tomorrow, February 14th, unless we are
10 not finished by that time, and at this
11 point you may be wondering as I go on
12 here, the debtors must file with the
13 Bankruptcy Court a notice identifying the
14 successful bidder and the backup bid, and
15 attach the relevant transaction
16 documents. Each backup bidder is
17 required to keep it's latest qualified
18 bid open and irrevocable until the
19 earlier of the closing of the transaction
20 with the successful bidder in 60 days
21 after the entry of the sale order.
22 Pursuant to the bidding procedures
23 if a successful bidder fails to
24 consummate an approved transaction the

Auction Proceedings

1 debtors may select a backup bidder as the
2 successful bidder. The debtors will also
3 ask the court to confirm at the sale
4 approval hearing on February 16th that
5 the debtors are authorized to consummate
6 all transactions contemplated by the bid
7 of the backup bidder without further
8 order of the Bankruptcy Court.
9 The sale hearing is scheduled for
10 February 16th at 10 o'clock a.m. The
11 Herald will maintain and file before then
12 a transcript of this auction.
13 Before we begin the auction we
14 just wanted to bring your attention to a
15 number of more recent developments in the
16 process and have each bidder acknowledge
17 that. First -- I'm sorry you have a
18 question?
19 MR. WALKER: Irving Walker,
20 co-counsel for Gatehouse. Before you get
21 to bidding details I have a clarification
22 request. You said that there is no
23 particular order in bidding, but the bid
24 procedures contemplate that for each

Auction Proceedings
1
2  round that a qualified bidder must either
3  make a bid or withdraw from the auction.
4  That would require that each qualified
5  bidder be asked do you have a higher bid,
6  and if not then they are withdrawn from
7  the auction.
8       Are you going to adhere to that
9  part of the bid procedures order?
10      MR. BALDIGA:  Good question.  Why
11  don't we take a further look at that at
12  the break and we will come back and
13  announce that.
14      Another question?
15      MS. LEVINE:  Sharon Levine, Saul
16  Ewing, for the CWA parties.  You
17  indicated the debtor could waive the
18  backup bid, I just want to confirm that
19  that is in consultation with the
20  consultation parties.
21      MR. BALDIGA:  We so confirm.
22      As some of you may know the Herald
23  may have been a victim of a malicious
24  effort recently to harm it we believe, or
25  the sale process.  In short an entity

Auction Proceedings
1
2  named GoLocalProv published on line on
3  February 5th an article regarding the
4  Herald's sale process and attaching what
5  it implied was the Herald's confidential
6  information memorandum circulated to at
7  least one potential purchaser.
8       The document attached to that on
9  line article was a doctored version of
10  the confidential offering memorandum in
11  fact circulated by the Herald to parties
12  including the consultation parties and
13  all bidders that signed an NDA and later
14  circulated to our broker's E-mail
15  distribution list.  The doctored version
16  deleted certain materials and added
17  others.  We believe that all of this has
18  been communicated to the consultation
19  parties and each bidder previously, but
20  we can provide a copy if anyone wants
21  that.
22      We do not yet know whether any
23  wrongdoer may be working with or has been
24  encouraged by any third-party which
25  conceivably could include a bidder, an

Auction Proceedings
1
2  employee, a union or some other
3  third-party, we just don't know.  We have
4  taken appropriate actions we believe to
5  discover more facts and to try to
6  remediate that harm as much as possible.
7       At this time including because we
8  do not know who fed the doctored document
9  to GoLocalProv or otherwise may be
10  involved in what appears to be an effort
11  to perhaps foster labor unrest or bidder
12  unease, we intend today to exclude from
13  this sale any causes of action relating
14  to that action, and I would ask that each
15  bidder now confirm that we should
16  interpret your bid to exclude solely that
17  cause of action.
18      Gatehouse.
19      MR. REED:  Confirmed.
20      MR. BALDIGA:  Revolution.
21      MR. BRADY:  We were not aware of
22  this, so I will need some time to talk to
23  my client.
24      MR. BALDIGA:  Okay, we will
25  provide a copy if that will help.

Auction Proceedings
1
2       MS. BECKERMAN:  Same for us as
3  well, we were not aware of it and we
4  would also like to be provided with a
5  copy.
6       MR. BALDIGA:  We will do that, we
7  will come back.
8       Second, there are a few assets of
9  a sort to which we would like to, the
10  bidders to think about what you want to
11  do with that just so we can have some
12  additional clarity.  The first is a car
13  that has been used by Mr. Purcell.
14  Everything that the Herald has is up for
15  sale today, it is a Herald asset
16  available to each bidder.
17      We read the asset schedules
18  attached to the APA as somewhat confusing
19  about whether each bidder is intending to
20  take that asset, you are welcome to do
21  that.  If you intend to leave it behind,
22  we believe that the value is about
23  $10,000, which is Blue Book value minus a
24  little bit of costs to sell it.  It is
25  not going to continue to be held by the

Page 34

Auction Proceedings

1  Auction Proceedings
2  Herald, but we just -- when you take a
3  break clarify that please.
4      The Herald also has a golf
5  membership to the TPC Country Club.  The
6  membership dues are about $11,000 per
7  year and are coming due for the coming
8  year soon.  If a buyer wants that asset
9  we are certainly prepared to try to sell
10 it.  My view is by law it is likely not
11 assignable.  Mr. Purcell has been the
12 member at the club who has been using
13 that membership for years, but even under
14 Section 365 I have some doubt as to
15 whether that can be sold.
16     If that is not sold today we
17 intend to ask for the court permission to
18 do something with that even though it may
19 not be salable to anybody at any price,
20 but including perhaps to assign it to Mr.
21 Purcell for some nominal amount of cash
22 to be paid by Mr. Purcell himself so he
23 can pay the dues and it won't lapse.  If
24 you want more information on that please
25 ask.  It is available if it is available

Page 35

Auction Proceedings

1  Auction Proceedings
2  by law, but we may not be able to sell
3  it.
4      Finally as to Patriots tickets.
5  There was a club box owned by the Herald,
6  but that expired with the end of this
7  past season, so that is not available for
8  sale.  There are four seats on the 30
9  yard line, they come with a cost of about
10 $6,700 per year.  These are available if
11 you want them, but if you don't please
12 say so so that they can be sold
13 otherwise.  I actually have some doubt as
14 well given the conduct policy at Gillette
15 Stadium as to whether they can be sold,
16 but you can each take a view on that.
17 They are available to be sold, but if you
18 don't want them tell us and we will try
19 to deal with that.  So they may or may
20 not be assignable is what we are saying.
21     Next as to all bidders I think we
22 are aware we have been able to resolve an
23 informal pending objection from the
24 Pension Benefit Guarantee Corporation by
25 circulating to you and to PBGC language

Page 36

Auction Proceedings

1  Auction Proceedings
2  that would be embedded in our sale order
3  to the affect that if applicable and
4  within your control and authority the
5  successful bidder, the debtors and their
6  successors and assigns will preserve and
7  provide documents related to the Herald's
8  two defined benefit pension plans and the
9  beneficiaries of those plans until the
10 PBGC is able to take over and terminate
11 the plans.  This requirement does impose
12 an obligation that is restricted solely
13 to document preservation and production,
14 and has no affect whatsoever on pension
15 plan successor liability or the like.
16     I would ask each bidder to confirm
17 that you have now been able to review
18 that suggested resolution and to confirm
19 that that resolution is acceptable to
20 you.
21     Again starting with Gatehouse.
22 MR. REED:  Confirmed.
23 MR. BRADY:  Confirmed.
24 MS. BECKERMAN:  Confirmed.
25 MR. BALDIGA:  There is an element

Page 37

Auction Proceedings

1  Auction Proceedings
2  under each bidder's APA which is defined
3  as the working capital adjustment,
4  generally speaking and of course
5  deferring to each of your respective APAs
6  for that exact definition that component
7  of the purchase price consist of the
8  value of the post petition current assets
9  purchased minus the post petition current
10 liabilities assumed, including
11 subscription liabilities.
12     The Herald has worked with each of
13 you to provide details of it's current
14 assets and current liabilities as of
15 December 31st.  Based on your working
16 capital adjustment definition your APAs
17 as of December 31st we have determined
18 the amount of your respective
19 adjustments.  You will see that on the
20 screen and we are available to discuss
21 them.
22     As of December 31st and obviously
23 that is going to be adjusted again as of
24 closing the Gatehouse working capital
25 adjustment is a positive $805,000.  The

1      Auction Proceedings
2  Revolution adjustment would be a positive
3  $1.7 million.  The MNG adjustment would
4  be a positive $1.6 million.  I will note
5  that the difference is all in how you
6  treat the prepaid expenses.
7      Finally we note that the U.S.
8  Trustee has filed an objection to the
9  sale, I believe it is the only objection
10  actually filed, arguing that certain
11  insider avoidance actions should be
12  excluded from the sale and preserved for
13  the debtor's bankruptcy estate, or
14  alternatively that the debtor should be
15  required to demonstrate that any sale of
16  these insider avoidance actions is
17  predicated on a fair price and fair
18  dealing.
19      First I do want to make clear that
20  in the Herald's view none of these
21  payments identified by the U.S. Trustee
22  were improper in any respect, and we have
23  no reason to believe that any of them
24  will be avoided at any point.
25      Notwithstanding that and to

1      Auction Proceedings
2  resolve the only objection filed as to
3  the sale I understand that each bidder
4  intends if it does make an offer as to
5  any of the three persons identified in
6  the objection and those offers are
7  accepted the buyer will leave behind to
8  the estate any causes of action relating
9  to the identified payments.
10      Again I would ask each bidder to
11  confirm that.
12      Gatehouse.
13      MR. REED:  Confirmed.
14      MR. BALDIGA:  Revolution.
15      MR. BRADY:  Confirmed.
16      MR. BALDIGA:  MNG.
17      MS. BECKERMAN:  Confirmed.
18      MR. BALDIGA:  Before I go further
19  and announce the starting bid, any other
20  questions as to the auction procedures?
21      Thank you.
22      The debtors have determined after
23  consultation with the consultation
24  parties that in it's respective business
25  judgment the starting bid submitted by

1      Auction Proceedings
2  MNG as reflected by it's asset purchase
3  agreement dated February 8th, and I will
4  refer to that as the MNG APA, is the
5  highest and best bid received, and so it
6  is the bid with which we will start the
7  auction.  The value of that bid to the
8  estate is $7,688,000, and we will put on
9  the board in a minute when I am done
10  finally how we get to that.  That is
11  after subtraction of the cost of the bid
12  protections approved by the Bankruptcy
13  Court and making a number of other
14  adjustments to each of the three bids,
15  all of which will be displayed.  We are
16  available to discuss with each bidder any
17  of those adjustments so that each bidder
18  has a chance to improve it's bid.
19      Two other points regarding the
20  bids received and improvements that can
21  be made going forward.  The Herald has
22  decided after discussions with the
23  consultation parties that the
24  unrestricted cash component of any bid
25  cannot be less than $3 million.

1      Auction Proceedings
2  Obviously each of the three bids comports
3  with that today, but we would not intend
4  to consider a bid that reduces the
5  unrestricted cash portion below $3
6  million.
7      Also we have given a hundred
8  percent credit to the assumed PTO and
9  severance, or to amounts earmarked for
10  PTO or severance in all of the bids to
11  date, however we do not commit and we
12  would need to further discuss with our
13  consultation parties the amount of credit
14  to be given to assumed or earmarked
15  payments on account of PTO or severance
16  exceeding the aggregate amount of
17  $2,750,000.  We are not saying what
18  amount of credit we would give or we are
19  not -- we are not saying that we wouldn't
20  give 100 percent credit, we just don't
21  want you to assume that unless you come
22  to us and say that is what you intend to
23  do and we will talk to our consultation
24  parties.
25      With that the auction is open and

1      Auction Proceedings
2  the floor is open to Gatehouse and
3  Revolution for higher and better bids.
4  We will, Mr. Walker get back to everybody
5  as to your question.  We are also
6  prepared to talk to each of the bidders
7  and anyone else about their respective
8  bids at any time.
9      Mr. Soares it is your time to
10  shine in terms of this, I will step away
11  from the computer and let you put that
12  on, but I will also try to respond to Mr.
13  Reed's question.
14      MR. REED:  Can I talk; I just
15  wanted to say first of all thank you for
16  inviting us in, we are glad to be here.
17      Gatehouse is the largest owner of
18  newspapers in Massachusetts.  Further to
19  that we have over a hundred weekly and
20  daily newspapers in the suburbs of
21  Boston.  We have more than 800 employees
22  and hundreds of thousands of customers,
23  both readers and businesses who make
24  their lives here in the greater Boston
25  area.  So we care deeply about the

1      Auction Proceedings
2  marketplace here.  We care deeply about
3  the future of it.
4      We also recognize to Pat's comment
5  a little bit earlier about the importance
6  of the Herald to the fabric of the Boston
7  community.  So it is very important to us
8  that this newspaper thrive in the future
9  going forward and make Boston a better
10  place to live.  So we are highly
11  motivated to make this business an even
12  greater business and to contribute to
13  making Boston a greater place to live as
14  we go forward.  That is a big part of the
15  reason why we are here today, we care
16  deeply about this marketplace, we have a
17  big presence here and lot of employees
18  here.
19      With that we would like to
20  increase the unrestricted cash portion of
21  our bid by $200,000.
22      MR. BALDIGA:  Thank you.
23      This is David Soares, David will
24  attempt to keep what is now on the
25  screens as a live reflection of each

1      Auction Proceedings
2  bidder's bid.  We appreciate the overbid,
3  thank you very much, and you probably --
4  have you already put that in David.
5      MR. SOARES:  I have not, but
6  should I do it live?
7      MR. BALDIGA:  You should do it
8  live.
9      Let me ask, any of the
10  consultation parties wish to discuss that
11  bid increase before that being declared
12  as a qualified higher and better bid; by
13  my calculation that increases the
14  Gatehouse bid to slightly higher than the
15  MNG starting bid.
16      Okay, so with that let me ask any
17  other comments before we take a break and
18  allow other bidders to take a look at the
19  calculation, ask any questions, back get
20  with the answers to the questions that
21  have already been asked?
22      So we will go off the record.
23  Again I will try to say when we are on
24  the record or off the record to make that
25  clear.  You should assume while you are

1      Auction Proceedings
2  in this room what you say may go on the
3  record, the court reporter can only try
4  his best to remember what is said on or
5  off the record.  So before we go off the
6  record anybody else want to say anything
7  else, because otherwise we will go off.
8      Off the record, thank you.
9      (Recess taken.)
10      MR. BALDIGA:  This is Bill Baldiga
11  for the debtors, I am going on the record
12  for the limited purpose, and I see that
13  there is a representative of each bidder
14  here, to say that we are going to
15  distribute the Herald's bid comparison
16  chart with the relative values of each
17  bid.  This is a highly confidential
18  document, we are handing it out in
19  confidence for the purposes of the
20  auction conduct only on the condition and
21  requirement that no copies be made and it
22  stays here.  So that when people leave it
23  literally stays on this floor in this
24  room without copies being made, photos
25  taken and so forth.  So he as we give it

1     Auction Proceedings
2 to each bidder it is on that condition.
3 Any questions, otherwise I will go off
4 the record.
5     There were no questions, thank
6 you.
7     Off the record.
8     (Recess taken.)
9     MR. BALDIGA:  Back on the record.
10 This is Bill Baldiga for the Herald.
11 Thanks for everyone's patience.  The
12 bidding was open to Revolution and could
13 I ask that you come on up.
14     MR. BRADY:  Sure.  Robert Brady on
15 behalf of Revolution.  Revolution is very
16 pleased to have been a part of this
17 process, but at this point it has decided
18 not to bid further and so it is going to
19 withdraw from the auction.  So we wish
20 the debtors and the other bidders the
21 best of luck.
22     MR. BALDIGA:  I can speak for
23 everyone on the debtor's team that we do
24 appreciate all the time and effort you
25 have put into this.  You have made a big

1     Auction Proceedings
2 investment and effort here and we respect
3 that.
4     I just need to ask again, is there
5 anything that we could do to get you to
6 change your mind or is that a final
7 decision?
8     MR. BRADY:  It is like who wants
9 to be a million year.  Unfortunately that
10 is our final answer.
11     MR. BALDIGA:  Okay.  The high bid
12 was by Gatehouse right before we broke.
13 I do need to work with Mr. Hartnett to
14 make sure that we had one adjustment
15 finalized, just give me a nod, are we
16 final now on the adjustment for the Globe
17 indemnification?
18     MR. HARTNETT:  We are still
19 working out the final language, we are
20 very close.  I just need to run it past
21 Gatehouse one more time.
22     MR. BALDIGA:  So before we pass
23 the floor to MNG we need to get that
24 clarified because that is a necessary
25 part of you topping the prior bid.  And

1     Auction Proceedings
2 so we will proceed, we will proceed with
3 a break, answer MNG's questions, give
4 Gatehouse a chance to finalize that part
5 of their prior bid with Mr. Hartnett.  We
6 are going to work with you, there are
7 reporters downstairs and so Carol Brennan
8 is going to work with you to go out the
9 service elevator if we could just to
10 avoid start getting press copy half way
11 through the auction as to anyone meeting.
12     Okay -- yes, I am sorry, before we
13 break.
14     MS. BECKERMAN:  This is Lisa
15 Beckerman on behalf of MNG.  I just
16 wanted to say that MNG is fine with
17 agreeing to the fact that we will be
18 excluding those positive actions relating
19 to the GoLocalProv matter.
20     MR. BALDIGA:  I think we already
21 had Gatehouse's confirmation of that.
22     MR. REED:  Yes.
23     MR. BALDIGA:  Anything else before
24 we take a break, any other
25 clarifications.

1     Auction Proceedings
2     Okay, going off the record.
3     (Recess taken.)
4     MR. BALDIGA:  Bill Baldiga for the
5 Herald, we are back on the record.
6     MNG, the bids were open to you,
7 you must bid a value of at least
8 7,895,000.  Ms. Beckerman did you want to
9 come to the podium and indicate the bid.
10     MS. BECKERMAN:  It is still the
11 afternoon, that is good.
12     Good afternoon, Lisa Beckerman on
13 behalf of MNG.  So I am going to go
14 through the proposed changes that are
15 making to our bid.  My changes are being
16 worked off of our bid submission that was
17 made to the debtor on February 7, 2018
18 under our bid letter, and I am going to
19 start with the fact that we are going to
20 be altering our purchase price which is
21 section 3.1 of our purchase agreement,
22 draft purchase agreement.
23     We are increasing our $5.1 million
24 number by 500,000 to 5.6 million, and the
25 rest of the purchase price calculation

Auction Proceedings

1   would stay the same.  So this would be
2   5.6 million plus 1 million earmarked to
3   pay employees in accordance with the
4   terms of paragraph 9.6(b) of the CWA
5   section 1113, 1114 order as defined as
6   the purchase price.
7       With respect to the rest of the
8   purchase price calculations, the only
9   change that we are making is not to the
10  language of the agreement but we have
11  explained to the debtors that with
12  respect to the calculation of post
13  petition accounts payable in connection
14  with the working capital calculation MNG
15  is going to use the same formulation as
16  Gatehouse has done, and that was as
17  E-mailed to us from the controller David
18  Soares, and it affects the amount on the
19  schedule that the debtors have put
20  together, specifically the fifth item
21  called excluded post -- for Gatehouse at
22  $458,000.
23      In addition we are with respect to
24  section 3.2.2 of our contract we are
25

Auction Proceedings

1   agreeing to delete the following language
2   that appears in that section of the
3   contract.  We will be deleting the
4   language that says:  Or any liabilities
5   related to or arising from an
6   environmental matter, including with
7   respect to any violation or any
8   non-compliance with any environmental
9   law, the release of, threat of release
10  of, or exposure of any person to, any
11  hazardous material at any real property
12  currently or formerly owned, leased or
13  operated in connection with the Business,
14  and the off site storage, treatment,
15  recycling, transportation, disposal or
16  arrangement for disposal of any hazardous
17  materials in connection with the
18  Business.
19      So we will be deleting that
20  language which we believe relates to the
21  deduction that was listed in the debtor's
22  arrangements with respect to our
23  environmental claim liabilities in
24  section 3.2.2 on about the third page of
25

Auction Proceedings

1   the sheet that the debtors have provided
2   us.
3       In addition we will be clarifying
4   for the record that we will not be
5   interested in any of the miscellaneous
6   assets that the debtor had noted
7   previously in connection with the record,
8   that being any of the vehicles that were
9   discussed, specific vehicle that was
10  discussed, the country club membership,
11  and in addition the I guess seat license
12  arrangement with the Patriots, the right
13  to buy tickets.  So we will be excluding
14  those from our bid and we therefore would
15  expect that we would get the -- that that
16  would correspond to the miscellaneous
17  assets provision on the chart that we
18  were provided.
19      So all in we are raising our bid
20  through these changes according to our
21  calculation by $535,000.
22      Any questions?
23  MR. BALDIGA:  Yes.
24  MS. BECKERMAN:  Okay.
25

Auction Proceedings

1   MR. BALDIGA:  Well, you know what
2   should we take a break, I was okay until
3   the last point.  You said you were
4   increasing the cash portion by 500, so
5   wouldn't your total change --
6       MS. BECKERMAN:  It's increasing by
7   $535,000, that is what I am saying to
8   you.  I believe that we were changing the
9   environmental calculation by eliminating
10  the language that had caused us to have a
11  deduction, and we were excluding
12  miscellaneous assets.  But if you have an
13  issue with that we can certainly discuss
14  that.
15      MR. BALDIGA:  We are going to
16  confer with our consultation parties.
17      MS. BECKERMAN:  Great.  From my
18  perspective we can go off the record.
19      MR. BALDIGA:  Any other party have
20  any questions, comments before we do go
21  off the record and confirm the
22  incremental value of that?
23      MR. WALKER:  Irving Walker,
24  counsel for Gatehouse.  Just when you
25

1     Auction Proceedings
2 confer with the consultation parties and
3 you report back could you also clarify
4 what the next highest bid needs to be?
5     MR. BALDIGA:  Absolutely.
6     Any other questions or comments
7 before we go off the record.
8     We will do that now and be back
9 quickly.
10     (Recess taken.)
11     MR. BALDIGA:  Okay, back on the
12 record, Bill Baldiga for the Herald.
13     We have confirmed during the break
14 a couple of things.  First neither of the
15 bidders is taking the auto, so we are
16 just leaving that out of the equation all
17 together.  So we are giving -- on the
18 assumption that this auction will
19 continue with the automobile left behind,
20 we value the incremental bid by MNG as an
21 increase in 525,000 on their prior bid of
22 7,688,000, for a total bid of 8,213,000.
23     After consultation with the
24 consultation parties we have determined
25 that that is the high bid as we speak,

1     Auction Proceedings
2 and turn it over to Gatehouse for a
3 further bid.
4     MR. REED:  So Mike Reed for
5 Gatehouse.  All of the portions of the
6 contract that we have been working under
7 we are not proposing any changes to other
8 than our cash component, section
9 3.1.1(a), we are going to increase that
10 by $1 million from 4,700,000 to 5.7
11 million.  So we are increasing it by 1
12 million to 5.7 million which we believe
13 increases our total bid by $1 million to
14 $8,795,000.
15     MR. BALDIGA:  Thank you Mike.
16     Let me ask, does any party want a
17 break at this point before further bid,
18 consultation parties, given a cash bid I
19 don't see the need for --
20     MS. BECKERMAN:  Lisa Beckerman on
21 behalf of MNG.
22     We are going to increase our
23 purchase price in our bid by a million
24 dollars above the purchase price, our
25 last purchase price which was 5.6

1     Auction Proceedings
2 million, plus the additional million
3 dollars as earmarked for PTO under our
4 bid.  So that increases our bid by $1
5 million to $9,213,000.
6     MR. BALDIGA:  Just to be sure I
7 heard that correctly, is that in the cash
8 portion only?
9     MS. BECKERMAN:  Yes, in the cash
10 portion only.
11     MR. BALDIGA:  Thank you.
12     That MNG bid is $1 million added
13 to the 8,213,000, and so we do agree that
14 the high bid is now $9,213,000 in favor
15 of MNG.
16     Gatehouse would you like to make a
17 further bid.
18     MR. REED:  Mike Reed, Gatehouse.
19 Our only change to the bid would be in
20 section 3.1.1(a), the cash component of
21 our bid, and we would propose to increase
22 that by $1 million to $6,700,000, which
23 increases our total bid to $9,795,000.
24     MR. BALDIGA:  Unless some
25 consultation parties needs consultation,

1     Auction Proceedings
2 so the debtors recognize that bid as
3 having a value of $9,795,000, giving an
4 increase of $1 million in cash, and turn
5 to MNG.
6     MS. BECKERMAN:  Lisa Beckerman for
7 the record on behalf of MNG.
8     We are not changing our bid
9 otherwise except with respect to our
10 purchase price.  In our last round of
11 bidding our purchase price for the cash
12 portion was again $6.6 million plus the
13 $1 million we earmarked for PTO, we are
14 adding $1 million to that amount.  So we
15 will now be $7.6 million plus the 1
16 million for PTO, and I believe that
17 brings our bid up to $10,213,000.
18     MR. BALDIGA:  Okay.  The MNG bid
19 is of a value of $10,213,000 with the
20 increase of $1 million to the cash
21 portion of the price.  We turn the podium
22 over to Gatehouse.
23     MR. REED:  For the record Mike
24 Reed with Gatehouse.  The only change to
25 our bid would be section 3.1.1(a), cash

1       Auction Proceedings
2 component of our bid. We propose to
3 increase it by $1 million, and so our
4 total purchase price would now be
5 $10,795,000.
6       MR. BALDIGA: Thank you Mr. Reed.
7       The Herald recognizes that bid by
8 Gatehouse as a cash increase of $1
9 million bringing the total bid value to
10 $10,795,000.
11       And I would ask MNG to make the
12 next bid.
13       MS. BECKERMAN: Lisa Beckerman for
14 the record on behalf of MNG. The only
15 change that we would be making to our bid
16 is also with respect to the cash
17 component of our bid in the purchase
18 price definition. We would be increasing
19 our cash component that is currently $7.6
20 million to $9,600,000. So an increase of
21 $2 million in that cash component, plus
22 the million dollars of PTO and no other
23 changes in the contract.
24       So I believe that brings our bid
25 to $12,213,000.

1       Auction Proceedings
2       MR. BALDIGA: With the cash
3 increase of $2 million the Herald
4 recognizes the MNG bid as the high bid in
5 the auction at an auction value of
6 $12,213,000, and ask Gatehouse for the
7 next bid.
8       MR. REED: Can we take a break and
9 caucus.
10       MR. BALDIGA: Of course, we will
11 go off the record at this point.
12       (Recess taken.)
13       MR. BALDIGA: Back on the record,
14 Bill Baldiga for the Herald.
15       I want to make a correction to the
16 last bid value as communicated to both
17 bidders and the consultation parties, or
18 as discussed with the consultation
19 parties during the last break.
20       The debtors now value the last bid
21 made by MNG as having an auction value of
22 $11,978,000, which is a reduction of
23 $235,000 from the value that I announced.
24 That reduction in value is entirely on
25 account of an increase in the amount of

1       Auction Proceedings
2 the landlord rejection claim on account
3 of the fact that the rejection claims are
4 now projected to be paid at a higher
5 percent than previously assumed before
6 the last round of bidding.
7       Before we open it back up to
8 Gatehouse any questions about that
9 adjustment?
10       Okay. So the high bid is now in
11 favor of MNG at an auction value of
12 $11,978,000, and turn to Mr. Reed.
13       MR. REED: Thank you. For the
14 record Mike Reed with Gatehouse. I want
15 to start first of all by saying to Pat
16 and Jeff, we thank you guys for all of
17 you did for us in the process to help us
18 do the due against, your team was great.
19 You made things really easy for us. We
20 have nothing but the utmost respect for
21 you guys.
22       At this time though Gatehouse is
23 going to withdraw from the bidding
24 process and we wish our friends and
25 colleagues at MNG all the best with the

1       Auction Proceedings
2 assets. Thank you.
3       MR. BALDIGA: Thank you Mr. Reed.
4       What we would like to do is take a
5 break and talk to our consultation
6 parties before we excuse any of the
7 bidders. So we are not declaring the
8 auction over, but we do want to have a
9 discussion with all the consultation
10 parties, so if we can have a break to do
11 that, thank you.
12       (Recess taken.)
13       MR. BALDIGA: Back on the record.
14 Bill Baldiga for the Herald.
15       The last two bids made, Gatehouse
16 made a bid before the break with a total
17 auction value of $10,795,000. MNG then
18 topped that bid with a bid with an
19 auction value as corrected last on the
20 transcript at $11,978,000. We have had a
21 number of conversations to see if
22 Gatehouse would do any bid element to
23 increase it's bid. So I would ask
24 Gatehouse again, is there a further bid
25 that you would like to make of any type?

Page 62

1      Auction Proceedings
2      MR. REED:  No.
3      MR. BALDIGA:  For the record that
4   is Mike Reed declining to do that.
5      MR. REED:  Right.
6      MR. BALDIGA:  We will keep the
7   Gatehouse bid as a backup bid.  We very
8   much appreciate everyone's work today, it
9   has been -- it is not always that way,
10  but our consultation parties we very much
11  appreciate your working with us, been a
12  very collaborative process.  To both
13  Gatehouse and MNG thank you for putting
14  your best foot forward.  We feel like
15  there is nothing further that either
16  party could have done and, you know, we
17  are gratified by your involvement, each
18  of you.  Thank you.
19     MR. PURCELL:  I too would like to
20  thank everybody for their really diligent
21  efforts here today, and in the working up
22  to this process.  I know everybody worked
23  really, really hard to try to make this
24  work, so I appreciate that.
25     To Gatehouse, thank you for your

Page 63

1      Auction Proceedings
2   efforts to make the acquisition, and we
3   wish you all the best, you have a big
4   presence in the market and probably be a
5   little bit of a competitor as we go
6   forward.
7      To MNG, congratulations and I wish
8   you the best of luck, you have got a
9   great team and you have got a great
10  newspaper and you have got a great city
11  and you can make this thing really,
12  really be important and more important
13  hopefully as time goes on.  So all I want
14  is the best for the Herald, the best for
15  the employees, and I wish you all the
16  success in the world.
17     MS. BECKERMAN:  Thank you.
18     MR. BALDIGA:  Sonny reminds me
19  that I may not have actually declared the
20  last MNG bid to be the successful and
21  winning bid, and so unless you wish to
22  top your own bid I will so --
23     MS. BECKERMAN:  No Bill, thank you
24  very much.
25     MR. BALDIGA:  So the auction is

Page 64

1      Auction Proceedings
2   concluded, thank you very much, we look
3   forward to working with you MNG on a
4   really constructive and quick succession
5   here, we appreciate it.
6      Question?
7      MR. REED:  Any guidelines on how
8   we disperse?
9      MR. BALDIGA:  Yes, Carol will do
10  that, there are reporters still
11  downstairs, so Pat and the team, we would
12  like to talk to you guys about how you
13  would like to message this.  But there
14  are people literally waiting in the lobby
15  this whole time to hear that.
16     Gatehouse, we presume -- well you
17  can obviously do whatever you want, but
18  you can leave the building without
19  talking to people if you so choose.
20  Carol can help you do that, but if you
21  want to talk to people.
22     Off the record.  So the auction is
23  concluded, thank you.
24     (Time noted:  6:45 p.m.)
25

Page 65

1
2         C E R T I F I C A T E
3   STATE OF NEW YORK    )
4                 : ss.
5   COUNTY OF NEW YORK   )
6
7      I, Philip Rizzuti, a Notary
8   Public within and for the State of New
9   York, do hereby certify:
10     That the within auction
11  proceedings are a true and accurate record.
12     I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of this
16  matter.
17     IN WITNESS WHEREOF, I have
18  hereunto set my hand this 14th day of
19  February, 2018.
20
21         _____
21              PHILIP RIZZUTI
22
23
24
25

Page 66

1
2    ------------------ I N D E X ----------------
3    WITNESS        EXAMINATION BY      PAGE
4    None
5
6    ------------- INFORMATION REQUESTS -----------
7    DIRECTIONS:      None
8    RULINGS:       None
9    TO BE FURNISHED:   None
10   REQUESTS:       None
11   MOTIONS:       None
12
13   ------------------ EXHIBITS ------------------
14   None marked
15
16
17
18
19
20
21
22
23
24
25

| A |
| --- |

**$1 (11)**
55:10,13 56:4,12,22
57:4,13,14,20 58:3
58:8
**$1.6 (1)**
38:4
**$1.7 (1)**
38:3
**$10,000 (1)**
33:23
**$10,213,000 (2)**
57:17,19
**$10,795,000 (3)**
58:5,10 61:17
**$100,000 (1)**
25:12
**$11,000 (1)**
34:6
**$11,978,000 (3)**
59:22 60:12 61:20
**$12,213,000 (2)**
58:25 59:6
**$2 (2)**
58:21 59:3
**$2,750,000 (1)**
41:17
**$200,000 (1)**
43:21
**$235,000 (1)**
59:23
**$3 (2)**
40:25 41:5
**$458,000 (1)**
50:23
**$5.1 (1)**
49:23
**$535,000 (2)**
52:22 53:8
**$6,700 (1)**
35:10
**$6,700,000 (1)**
56:22
**$6.6 (1)**
57:12
**$7,688,000 (1)**
40:8
**$7.6 (2)**
57:15 58:19
**$8,795,000 (1)**
55:14
**$805,000 (1)**
37:25
**$9,213,000 (2)**
56:5,14
**$9,600,000 (1)**

58:20
**$9,795,000 (2)**
56:23 57:3
**a.m (1)**
29:11
**abide (1)**
19:7
**ability (1)**
18:11
**able (6)**
19:7 27:21 35:2,22
36:10,17
**Absolutely (1)**
54:5
**acceptable (2)**
24:12 36:19
**accepted (1)**
39:7
**account (3)**
41:15 59:25 60:2
**accounts (1)**
50:14
**accurate (1)**
65:11
**acknowledge (1)**
29:17
**acquisition (1)**
63:2
**acted (1)**
14:20
**action (6)**
14:18 32:13,14,17
39:8 65:14
**actions (4)**
32:4 38:11,16 48:18
**added (2)**
31:16 56:12
**adding (1)**
57:14
**addition (4)**
25:23 50:24 52:4,12
**additional (6)**
22:6,8 26:13,23 33:12
56:2
**adhere (1)**
30:8
**adjourn (2)**
21:7 26:20
**adjournment (1)**
21:8
**Adjustable (1)**
11:23
**adjusted (1)**
37:23
**adjustment (9)**
22:18 37:3,16,25 38:2

38:3 47:14,16 60:9
**adjustments (3)**
37:19 40:14,17
**administered (1)**
7:10
**advantage (1)**
25:7
**advertisers (1)**
8:4
**affect (2)**
36:3,14
**affiliated (1)**
11:15
**afternoon (3)**
7:4 49:11,12
**aggregate (1)**
41:16
**ago (1)**
9:22
**agree (1)**
56:13
**agreed (1)**
9:21
**agreeing (2)**
48:17 51:2
**agreement (4)**
40:3 49:21,22 50:11
**agrees (1)**
26:3
**Akin (2)**
3:13 14:8
**al (1)**
1:5
**allow (1)**
44:18
**alterations (1)**
25:15
**altered (1)**
25:17
**altering (1)**
49:20
**alternatively (1)**
38:14
**AMAN (1)**
6:12
**America (1)**
11:16
**Americas (1)**
5:13
**amount (9)**
12:16 34:21 37:18
41:13,16,18 50:19
57:14 59:25
**amounts (1)**
41:9
**announce (7)**

21:2 22:3 24:17,25
26:5 30:13 39:19
**announced (3)**
18:23 25:13 59:23
**announcement (1)**
20:14
**announces (1)**
18:17
**announcing (1)**
26:13
**ANSTANDING (1)**
6:4
**answer (2)**
47:10 48:3
**answers (1)**
44:20
**anybody (3)**
9:7 34:19 45:6
**APA (4)**
27:18 33:18 37:2 40:4
**APAs (2)**
37:5,16
**appears (2)**
32:10 51:3
**applicable (1)**
36:3
**appreciate (9)**
7:25 8:8 12:19 44:2
46:24 62:8,11,24
64:5
**appropriate (3)**
21:9 24:24 32:4
**approval (2)**
16:21 29:5
**approved (3)**
9:16 28:25 40:12
**approving (2)**
15:20 23:17
**area (1)**
42:25
**arguing (1)**
38:10
**arising (1)**
51:6
**ARNSTEIN (1)**
5:3
**arrangement (2)**
51:17 52:13
**arrangements (2)**
13:10 51:23
**article (2)**
31:3,9
**ascribes (1)**
9:24
**asked (2)**
30:5 44:21

**asking (1)**
19:19
**aspect (2)**
23:20,25
**aspects (1)**
10:16
**assessment (1)**
26:10
**asset (5)**
33:15,17,20 34:8 40:2
**assets (13)**
9:15 12:14,19 15:13
23:5,21 33:8 37:8
37:14 52:7,18 53:13
61:2
**assign (1)**
34:20
**assignable (2)**
34:11 35:20
**assigned (1)**
20:7
**assigns (1)**
36:6
**assume (2)**
41:21 44:25
**assumed (5)**
24:2 37:10 41:8,14
60:5
**assumption (1)**
54:18
**attach (1)**
28:16
**attached (2)**
31:8 33:18
**attaching (1)**
31:4
**attempt (1)**
43:24
**attendance (5)**
11:9 13:12 18:10
19:19,20
**attention (1)**
29:15
**Attorney (1)**
5:11
**Attorneys (7)**
3:5,14,22 4:4,10,18
5:4
**auction (106)**
1:10 2:6 7:1,15 8:1
9:1,14,25 10:1,2,6
10:17 11:1 12:1
13:1 14:1,21 15:1
15:15 16:1 17:1
18:1,3,8,16,17,23
19:1 20:1,11,21,23

21:1,7 22:1,5 23:1,6
23:7 24:1,18 25:1
26:1 27:1,4,11,14
27:20 28:1 29:1,13
29:14 30:1,3,7 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
39:20 40:1,7 41:1
41:25 42:1 43:1
44:1 45:1,20 46:1
46:19 47:1 48:1,11
49:1 50:1 51:1 52:1
53:1 54:1,18 55:1
56:1 57:1 58:1 59:1
59:5,5,21 60:1,11
61:1,8,17,19 62:1
63:1,25 64:1,22
65:10
**auctions (1)**
25:4
**authority (1)**
36:4
**authorized (1)**
29:6
**auto (1)**
54:15
**automobile (1)**
54:19
**available (9)**
10:15 33:16 34:25,25
35:7,10,17 37:20
40:16
**Avenue (1)**
5:13
**avoid (3)**
11:2 13:5 48:10
**avoidance (2)**
38:11,16
**avoided (1)**
38:24
**aware (4)**
14:18 32:21 33:3
35:22
**AXELROD (1)**
3:10

**B**

**B (2)**
24:20,20
**back (15)**
7:19 9:6 28:5 30:12
33:7 42:4 44:19
46:9 49:5 54:3,8,11
59:13 60:7 61:13
**backup (7)**
25:25 28:15,17 29:2,8

30:18 62:7
**BAJAJ (1)**
6:12
**Baldiga (63)**
3:8 7:2,5 9:3 13:24
14:5,10,25 15:4,8
15:24 16:2,4 17:2,7
17:11 30:10,21
32:20,24 33:6 36:25
39:14,16,18 43:22
44:7 45:10,10 46:9
46:10,22 47:11,22
48:20,23 49:4,4
52:24 53:2,16,20
54:5,11,12 55:15
56:6,11,24 57:18
58:6 59:2,10,13,14
61:3,13,14 62:3,6
63:18,25 64:9
**Baltimore (1)**
4:6
**banker (1)**
7:18
**bankruptcy (12)**
1:2 7:11 9:17 14:19
15:20 16:22 21:4
23:17 28:14 29:9
38:13 40:12
**Based (1)**
37:15
**basis (2)**
22:10 26:7
**Beckerman (29)**
3:18 14:7,7 15:6,6
16:2,3 17:9,9 33:2
36:24 39:17 48:14
48:15 49:8,10,12
52:25 53:7,18 55:20
55:20 56:9 57:6,6
58:13,13 63:17,23
**behalf (6)**
46:15 48:15 49:13
55:21 57:7 58:14
**believe (12)**
17:12 30:24 31:17
32:4 33:22 38:9,23
51:21 53:9 55:12
57:16 58:24
**believes (1)**
19:6
**beneficiaries (1)**
36:9
**benefit (5)**
13:14 20:6 26:9 35:24
36:8
**best (13)**

8:24 20:19 21:14
27:10 40:5 45:4
46:21 60:25 62:14
63:3,8,14,14
**better (5)**
22:9 24:13 42:3 43:9
44:12
**BEVILLE (1)**
3:9
**bid (116)**
11:12 12:18 15:15
16:21 21:14 22:4,8
22:9,10,11,13 23:8
23:9,10,20,24 24:11
24:14,17,19 25:10
25:13,16,16,22,25
25:25 26:10 27:6,10
27:22,23 28:15,19
29:7,24 30:3,5,9,18
32:16 39:19,25 40:5
40:6,7,11,18,24
41:4 43:21 44:2,11
44:12,14,15 45:15
45:17 46:18 47:11
47:25 48:5 49:7,9
49:15,16,18 52:15
52:20 54:4,20,21,22
54:25 55:3,13,17,18
55:23 56:4,4,12,14
56:17,19,21,23 57:2
57:8,17,18,25 58:2
58:7,9,12,15,17,24
59:4,4,7,16,20
60:10 61:16,18,18
61:22,23,24 62:7,7
63:20,21,22
**bidder (52)**
13:3,15,18 14:15,17
14:20 15:9,11,19
16:18 17:5,18 19:11
20:2,13 22:3 23:3,8
23:15,23 24:5,9,18
25:6,21,21,23 27:13
28:15,17,21,24 29:2
29:3,8,17 30:2,5
31:19,25 32:11,15
33:16,19 36:5,16
39:3,10 40:16,17
45:13 46:2
**bidder's (5)**
13:5 15:14 23:6 37:2
44:2
**bidders (24)**
12:15,21 16:6,10,14
17:15 20:21 21:17
21:20 22:12 23:18

24:22 26:22,25
27:15 31:13 33:10
35:21 42:6 44:18
46:20 54:15 59:17
61:7
**bidding (22)**
9:16 10:4,6,7,9,16
14:21 18:16 21:3,24
23:13 24:16 25:9,18
26:20 28:23 29:22
29:24 46:12 57:11
60:6,23
**bids (19)**
10:23 11:7 12:12,13
21:16 22:17 23:22
24:8 25:2,11 27:2
40:14,20 41:2,10
42:3,8 49:6 61:15
**big (4)**
43:14,17 46:25 63:3
**Bill (8)**
7:5 45:10 46:10 49:4
54:12 59:14 61:14
63:23
**binding (1)**
25:20
**bit (3)**
33:24 43:5 63:5
**blood (1)**
65:14
**Blue (1)**
33:23
**board (1)**
40:9
**bodies (1)**
11:11
**bona (1)**
23:11
**Book (1)**
33:23
**Boston (13)**
1:11 2:8 3:7 4:20 7:8
8:3,5 11:18 42:21
42:24 43:6,9,13
**Boulevard (1)**
5:5
**box (1)**
35:5
**Brady (17)**
4:14 14:2,2 15:2,3,3
15:24,25 17:7,8,8
32:21 36:23 39:15
46:14,14 47:8
**break (14)**
30:12 34:3 44:17 48:3
48:13,24 53:3 54:13

55:17 59:8,19 61:5
61:10,16
**Brennan (1)**
48:7
**BRIAN (1)**
6:17
**Briefly (1)**
7:24
**bring (1)**
29:15
**bringing (1)**
58:9
**brings (2)**
57:17 58:24
**broke (1)**
47:12
**broker's (1)**
31:14
**Brotherhood (1)**
12:2
**Brown (4)**
2:7 3:4 7:5 9:13
**BRYAN (1)**
5:10
**Bryant (1)**
3:15
**building (1)**
64:18
**business (8)**
26:18,19 27:9 39:24
43:11,12 51:14,19
**businesses (1)**
42:23
**buy (1)**
52:14
**buyer (2)**
34:8 39:7

**C**

**C (8)**
3:2 4:2 5:1 6:2 24:20
24:20 65:2,2
**calculating (1)**
26:7
**calculation (7)**
44:13,19 49:25 50:13
50:15 52:22 53:10
**calculations (1)**
50:9
**called (1)**
50:22
**calls (1)**
18:19
**CAMPBELL (1)**
4:17
**capacity (1)**

24:7
**capital (8)**
4:10 6:10,11,12 37:3
    37:16,24 50:15
**car (1)**
33:12
**care (3)**
42:25 43:2,15
**careful (1)**
16:15
**Carol (3)**
48:7 64:9,20
**case (1)**
7:13
**cases (2)**
7:10 9:19
**cash (21)**
23:25 26:14 34:21
    40:24 41:5 43:20
    53:5 55:8,18 56:7,9
    56:20 57:4,11,20,25
    58:8,16,19,21 59:2
**caucus (1)**
59:9
**cause (1)**
32:17
**caused (1)**
53:11
**causes (2)**
32:13 39:8
**caution (1)**
19:16
**CAVE (1)**
5:10
**Center (2)**
2:8 3:6
**CEO (1)**
13:20
**certain (2)**
31:16 38:10
**certainly (3)**
27:24 34:9 53:14
**certify (2)**
65:9,12
**chance (3)**
24:13 40:18 48:4
**change (6)**
47:6 50:10 53:6 56:19
    57:24 58:15
**changes (5)**
49:14,15 52:21 55:7
    58:23
**changing (2)**
53:9 57:8
**Chapter (3)**
1:5 7:10 9:19

**chart (2)**
45:16 52:18
**chill (1)**
18:13
**choose (1)**
64:19
**circulated (3)**
31:6,11,14
**circulating (1)**
35:25
**circumstances (1)**
21:9
**city (1)**
63:10
**claim (2)**
51:24 60:2
**claims (2)**
24:3 60:3
**clarification (1)**
29:22
**clarifications (1)**
48:25
**clarified (1)**
47:24
**clarify (2)**
34:3 54:3
**clarifying (1)**
52:4
**clarity (1)**
33:12
**clear (2)**
38:19 44:25
**Cleveland (1)**
3:24
**client (1)**
32:23
**close (4)**
17:3 27:3,14 47:20
**closed (2)**
18:24 27:11
**closing (2)**
28:20 37:24
**club (4)**
34:5,12 35:5 52:11
**co-counsel (1)**
29:21
**Code (1)**
21:4
**COLE (1)**
4:3
**collaborative (1)**
62:12
**colleagues (3)**
7:16 9:5 60:25
**collectively (2)**
12:5 20:17

**collusion (1)**
23:12
**come (9)**
10:22 16:11 17:21
    30:12 33:7 35:9
    41:21 46:13 49:9
**comfortable (1)**
11:7
**coming (3)**
25:9 34:7,7
**commencement (1)**
25:8
**comment (1)**
43:4
**comments (4)**
20:22 44:17 53:21
    54:6
**commit (1)**
41:11
**communicated (2)**
31:18 59:16
**communication (2)**
11:16 23:2
**communications (1)**
15:11
**community (1)**
43:7
**comparison (1)**
45:15
**competitor (1)**
63:5
**completed (1)**
18:18
**complicated (2)**
26:11,14
**complies (1)**
25:17
**component (8)**
37:6 40:24 55:8 56:20
    58:2,17,19,21
**comports (1)**
41:2
**computer (1)**
42:11
**Conaway (2)**
4:9 14:3
**conceivably (1)**
31:25
**concern (1)**
18:10
**conclude (1)**
21:11
**concluded (2)**
64:2,23
**conclusion (2)**
20:11 27:19

**condition (2)**
45:20 46:2
**conduct (3)**
20:3 35:14 45:20
**conducted (1)**
10:2
**confer (3)**
21:16 53:17 54:2
**conferring (1)**
21:25
**confidence (1)**
45:19
**confidential (4)**
18:15 31:5,10 45:17
**confirm (12)**
14:16 15:10 16:19
    22:24 29:4 30:18,21
    32:15 36:16,18
    39:11 53:22
**confirmation (1)**
48:21
**confirmed (13)**
15:23,25 16:3 17:6
    24:6 32:19 36:22,23
    36:24 39:13,15,17
    54:13
**confirms (5)**
15:3,7 17:8,10 23:9
**confusing (1)**
33:18
**confusion (2)**
11:2 13:5
**congratulations (1)**
63:7
**connection (4)**
50:14 51:14,18 52:8
**consider (2)**
26:22 41:4
**consideration (2)**
24:2 26:8
**considerations (1)**
24:4
**considered (1)**
22:8
**consist (1)**
37:7
**consistent (1)**
22:25
**constructive (1)**
64:4
**consultation (44)**
11:13 12:10 16:13
    17:14,18 18:2 19:10
    20:24,24 22:2,6,7
    22:14,19,20 24:10
    24:11,22,23 26:16

26:17 27:8 30:19,20
    31:12,18 39:23,23
    40:23 41:13,23
    44:10 53:17 54:2,23
    54:24 55:18 56:25
    56:25 59:17,18 61:5
    61:9 62:10
**consummate (6)**
15:17 16:20 23:14
    24:7 28:25 29:6
**contain (1)**
25:14
**contemplate (1)**
29:25
**contemplated (1)**
29:7
**continue (3)**
27:5 33:25 54:19
**continued (1)**
8:10
**continuing (1)**
8:7
**contract (4)**
50:25 51:4 55:6 58:23
**contribute (1)**
43:12
**control (2)**
10:8 36:4
**controller (1)**
50:18
**controlling (2)**
15:12 23:4
**conversations (4)**
18:12 19:24 20:3
    61:21
**coordinate (1)**
20:14
**coordinated (1)**
20:19
**copies (3)**
9:10 45:21,24
**copy (6)**
10:8,10 31:20 32:25
    33:5 48:10
**corporate (1)**
28:4
**Corporation (1)**
35:24
**corrected (1)**
61:19
**correction (1)**
59:15
**correctly (1)**
56:7
**correspond (1)**
52:17

**cost (2)**
35:9 40:11
**costs (1)**
33:24
**counsel (3)**
7:6 28:5 53:25
**country (2)**
34:5 52:11
**COUNTY (1)**
65:5
**couple (1)**
54:14
**course (4)**
8:19 20:23 37:4 59:10
**court (19)**
1:2 7:12 9:17 10:11
  10:15,19,24 11:6
  14:19 15:20 16:22
  21:5 23:17 28:14
  29:4,9 34:17 40:13
  45:3
**credit (4)**
41:8,13,18,20
**creditor (1)**
11:10
**criteria (1)**
26:10
**current (5)**
27:18 37:8,9,13,14
**currently (2)**
51:13 58:19
**customers (1)**
42:22
**CWA (8)**
5:4 6:16,17,18,19
  11:17 30:16 50:5
**CWA/ITU (3)**
5:11 12:6,8

_____
**D**
**D (1)**
66:2
**D'URSO (1)**
3:17
**daily (1)**
42:20
**date (1)**
41:11
**dated (1)**
40:3
**David (6)**
3:17 5:22 43:23,23
  44:4 50:18
**DAVIS (1)**
6:8
**day (4)**

8:4,4 12:10 65:18
**days (1)**
28:21
**deal (2)**
25:4 35:19
**dealing (1)**
38:18
**debtor (5)**
1:6 30:17 38:14 49:17
  52:7
**debtor's (4)**
12:14 38:13 46:23
  51:22
**debtors (25)**
3:5 7:14,18 18:4
  20:25 21:6,25 22:19
  24:10 26:16,24 27:6
  28:13 29:2,3,6 36:5
  39:22 45:11 46:20
  50:12,20 52:2 57:2
  59:20
**December (3)**
37:15,17,22
**decided (2)**
40:22 46:17
**decision (3)**
18:9,13 47:7
**declared (2)**
44:11 63:19
**declaring (1)**
61:7
**declining (1)**
62:4
**deduction (2)**
51:22 53:12
**deemed (2)**
24:5,11
**deeply (3)**
42:25 43:2,16
**deferring (1)**
37:5
**defined (3)**
36:8 37:2 50:6
**definition (3)**
37:6,16 58:18
**Delaware (3)**
1:2 4:13 7:12
**delay (2)**
25:7 27:20
**delete (1)**
51:2
**deleted (1)**
31:16
**deleting (2)**
51:4,20
**deletions (1)**

25:15
**demonstrate (1)**
38:15
**depending (1)**
26:11
**describe (2)**
23:24 25:9
**designated (3)**
11:11 13:4 27:12
**details (3)**
22:17 29:22 37:13
**determine (1)**
24:16
**determined (4)**
27:7 37:17 39:22
  54:24
**developments (1)**
29:16
**dial (1)**
13:8
**difference (1)**
38:5
**difficult (2)**
8:20,22
**diligent (1)**
62:20
**DIPESH (1)**
5:8
**direct (1)**
16:6
**directions (2)**
9:9 66:7
**director (1)**
7:21
**disclosed (1)**
22:12
**discouraged (1)**
16:15
**discouraging (2)**
15:13 23:5
**discover (1)**
32:5
**discretion (1)**
18:5
**discuss (6)**
23:19 37:20 40:16
  41:12 44:10 53:14
**discussed (3)**
52:10,11 59:18
**discussion (3)**
16:14 27:7 61:9
**discussions (3)**
22:23 26:21 40:22
**disperse (1)**
64:8
**displayed (1)**

40:15
**disposal (2)**
51:16,17
**distribute (1)**
45:15
**distribution (1)**
31:15
**District (2)**
1:2 7:12
**docket (2)**
9:19,23
**doctored (3)**
31:9,15 32:8
**document (4)**
31:8 32:8 36:13 45:18
**documents (3)**
27:21 28:17 36:7
**doing (2)**
28:3,7
**dollars (3)**
55:24 56:3 58:22
**DORNEY (1)**
6:11
**doubt (2)**
34:14 35:13
**downstairs (2)**
48:7 64:11
**downtime (1)**
21:15
**draft (1)**
49:22
**due (2)**
34:7 60:18
**dues (2)**
34:6,23

_____
**E**
**E (11)**
3:2,2 4:2,2 5:1,1 6:2,2
  65:2,2 66:2
**E-mail (1)**
31:14
**E-mailed (1)**
50:18
**earlier (2)**
28:20 43:5
**earmarked (5)**
41:9,14 50:3 56:3
  57:13
**easier (1)**
10:24
**East (2)**
3:23 4:5
**easy (1)**
60:19
**EDWARD (1)**

6:14
**effort (5)**
12:16 30:24 32:10
  46:24 47:2
**efforts (2)**
62:21 63:2
**either (6)**
15:12 18:25 23:4
  24:18 30:2 62:15
**element (2)**
36:25 61:22
**elevator (1)**
48:9
**eliminating (1)**
53:10
**embedded (1)**
36:2
**employ (2)**
19:12 20:25
**employed (1)**
17:24
**employee (1)**
32:2
**employees (6)**
8:16 19:3 42:21 43:17
  50:4 63:15
**encouraged (1)**
31:24
**enforce (1)**
19:14
**engaged (1)**
23:11
**England (1)**
12:3
**entered (1)**
9:18,21
**enthusiastically (1)**
12:18
**entirely (1)**
59:24
**entities (3)**
7:7,14 11:14
**entity (1)**
30:25
**entry (3)**
15:19 23:16 28:22
**environmental (4)**
51:7,9,24 53:10
**equation (1)**
54:16
**ERIC (1)**
4:22
**especially (1)**
11:2
**ESQ (15)**
3:8,9,10,17,18,19,25

4:7,14,15,21,22 5:7
5:8,15
**Essen (2)**
6:21 7:19
**estate (4)**
26:9 38:13 39:8 40:8
**Esther (4)**
9:5,7,11,12
**et (1)**
1:4
**everybody (7)**
8:13,23 9:2 21:13
42:4 62:20,22
**everyone's (2)**
46:11 62:8
**evidence (2)**
26:24,25
**evidencing (1)**
27:22
**Ewing (2)**
5:3 30:16
**exact (1)**
37:6
**EXAMINATION (1)**
66:3
**exceeding (1)**
41:16
**exclude (3)**
18:6 32:12,16
**excluded (2)**
38:12 50:22
**excluding (3)**
48:18 52:14 53:12
**excuse (1)**
61:6
**exercised (1)**
18:4
**EXHIBITS (1)**
66:13
**expect (1)**
52:16
**expenses (1)**
38:6
**expired (1)**
35:6
**explained (1)**
50:12
**explicitly (1)**
26:2
**exposure (1)**
51:11
**extent (1)**
10:4

**F**

**F (1)**

65:2
**fabric (2)**
8:6 43:6
**facilitate (3)**
10:19 22:22 26:21
**fact (7)**
8:6,8 18:24 31:11
48:17 49:19 60:3
**facts (1)**
32:5
**fails (1)**
28:24
**fair (2)**
38:17,17
**fairly (1)**
11:6
**faith (3)**
14:20 15:16 23:10
**far (1)**
22:20
**fashion (1)**
20:19
**favor (2)**
56:14 60:11
**February (9)**
1:12 2:3 28:10 29:5
29:11 31:3 40:3
49:17 65:19
**fed (1)**
32:8
**feel (2)**
16:10 62:14
**feels (1)**
11:6
**FEINBERG (2)**
4:17,21
**FELD (1)**
3:13
**fide (1)**
23:11
**fifth (1)**
50:21
**file (2)**
28:13 29:12
**filed (3)**
38:8,10 39:2
**final (4)**
47:6,10,16,19
**finalize (1)**
48:4
**finalized (1)**
47:15
**finally (4)**
8:24 35:4 38:7 40:10
**financial (5)**
2:8 3:6 16:19 17:3

24:6
**find (3)**
9:8,12 21:21
**finding (1)**
14:19
**fine (2)**
13:9 48:16
**finished (1)**
28:11
**first (7)**
16:12 29:18 33:12
38:19 42:15 54:14
60:15
**FLINN (1)**
5:23
**flip (1)**
19:16
**floor (3)**
42:2 45:23 47:23
**follow (1)**
22:5
**following (3)**
16:21 22:6 51:2
**foot (1)**
62:14
**formal (1)**
10:16
**formerly (1)**
51:13
**formulation (1)**
50:16
**forth (3)**
13:9 16:17 45:25
**forward (7)**
17:21 40:21 43:9,14
62:14 63:6 64:3
**foster (1)**
32:11
**four (1)**
35:8
**FREEMAN (1)**
5:24
**friends (1)**
60:24
**fully (2)**
22:12,22
**Fund (3)**
11:21,22 12:4
**FURNISHED (1)**
66:9
**further (14)**
25:22 27:16 29:8
30:11 39:18 41:12
42:18 46:18 55:3,17
56:17 61:24 62:15
65:12

**future (2)**
43:3,8

**G**

**Gatehouse (44)**
3:22 4:4 6:6,7,8,9
12:21,23 13:19,21
14:23 16:23 29:21
32:18 36:21 37:24
39:12 42:2,17 44:14
47:12,21 48:4 50:17
50:22 53:25 55:2,5
56:16,18 57:22,24
58:8 59:6 60:8,14
60:22 61:15,22,24
62:7,13,25 64:16
**Gatehouse's (1)**
48:21
**generally (1)**
37:4
**getting (2)**
25:6 48:10
**GHOSH (1)**
3:19
**Gillette (1)**
35:14
**GILMORE (1)**
5:25
**give (9)**
10:10 16:9 21:13
24:13 41:18,20
45:25 47:15 48:3
**given (7)**
13:11 27:2,15 35:14
41:7,14 55:18
**giving (2)**
54:17 57:3
**glad (1)**
42:16
**Globe (1)**
47:16
**go (18)**
7:2 20:7 21:22 28:12
39:18 43:14 44:22
45:2,5,7 46:3 48:8
49:13 53:19,21 54:7
59:11 63:5
**goal (3)**
15:12 22:21 23:3
**goes (3)**
12:10 25:5 63:13
**going (28)**
7:2 8:14,21 9:6 14:13
14:16 20:15 24:15
28:5 30:8 33:25
37:23 40:21 43:9

45:11,14 46:18 48:6
48:8 49:2,13,18,19
50:16 53:16 55:9,22
60:23
**golf (1)**
34:4
**GoLocalProv (3)**
31:2 32:9 48:19
**good (9)**
7:4,4 14:20 15:16
20:16 23:10 30:10
49:11,12
**grab (2)**
9:11,13
**gratified (1)**
62:17
**great (5)**
53:18 60:18 63:9,9,10
**greater (4)**
11:18 42:24 43:12,13
**GRODEN (1)**
6:14
**ground (1)**
22:15
**group (5)**
3:14 11:17 12:24,25
13:21
**GRUNFELD (1)**
6:9
**Guarantee (1)**
35:24
**guess (2)**
26:14 52:12
**guidelines (1)**
64:7
**Guild (3)**
11:18,20,22
**Gump (2)**
3:13 14:8
**GUY (1)**
5:25
**guys (3)**
60:16,21 64:12

**H**

**half (1)**
48:10
**HALLEY (1)**
6:15
**hand (1)**
65:18
**handing (1)**
45:18
**happen (1)**
8:11
**happens (2)**

17:25 19:21
**hard (2)**
19:3 62:23
**harm (2)**
30:24 32:6
**Hartnett (5)**
6:20 28:4 47:13,18
48:5
**HAUER (1)**
3:13
**hazardous (2)**
51:12,17
**hear (2)**
16:24 64:15
**heard (1)**
56:7
**hearing (2)**
29:5,10
**HEATH (1)**
5:24
**held (2)**
2:6 33:25
**help (3)**
32:25 60:17 64:20
**Herald (40)**
1:4 5:19,20,21,22,23
7:6,7,8,8,9,15,22
8:2,17 17:13,19,25
18:17 19:10 26:2
29:12 30:22 31:11
33:14,15 34:2,4
35:5 37:12 40:21
43:6 46:10 49:5
54:12 58:7 59:3,14
61:14 63:14
**Herald's (10)**
9:15,22 15:13 23:5
28:4 31:4,5 36:7
38:20 45:15
**hereunto (1)**
65:18
**high (7)**
22:4 25:13 47:11
54:25 56:14 59:4
60:10
**higher (7)**
22:9 24:12 30:5 42:3
44:12,14 60:4
**highest (3)**
27:9 40:5 54:4
**highly (3)**
18:15 43:10 45:17
**Holdings (2)**
1:4 7:7
**hope (2)**
21:10,10

**hopefully (2)**
13:12 63:13
**hundred (2)**
41:7 42:19
**hundreds (1)**
42:22

_____
**I**
**identified (4)**
11:5 38:21 39:5,9
**identify (4)**
10:20 11:8 13:16
17:19
**identifying (1)**
28:14
**impede (1)**
18:11
**implied (1)**
31:5
**importance (1)**
43:5
**important (7)**
8:2,9 14:15 16:17
43:7 63:12,12
**impose (2)**
24:21 36:11
**improper (1)**
38:22
**improve (1)**
40:18
**improvements (1)**
40:20
**include (4)**
11:13 18:10 26:6
31:25
**including (12)**
7:18 10:15,22 11:15
21:8 22:18 23:24
31:12 32:7 34:20
37:10 51:7
**inconsistencies (1)**
10:5
**inconsistent (1)**
21:3
**increase (14)**
43:20 44:11 54:21
55:9,22 56:21 57:4
57:20 58:3,8,20
59:3,25 61:23
**increased (2)**
24:8 27:2
**increases (1)**
44:13 55:13 56:4,23
**increasing (5)**
49:23 53:5,7 55:11
58:18

**incremental (3)**
25:11 53:23 54:20
**increments (1)**
25:12
**indemnification (1)**
47:17
**indicate (1)**
49:9
**indicated (1)**
30:17
**indirect (1)**
7:20
**Industry (1)**
12:4
**informal (1)**
35:23
**information (3)**
31:6 34:24 66:6
**initial (1)**
22:4
**insider (2)**
38:11,16
**institution (1)**
8:3
**institutions (1)**
19:2
**intend (5)**
32:12 33:21 34:17
41:3,22
**intending (2)**
24:25 33:19
**intends (3)**
15:17 23:13 39:4
**intention (2)**
27:17,25
**Interactive (1)**
7:9
**interest (4)**
7:25 8:7,9,13
**interested (3)**
21:17 52:6 65:15
**International (3)**
11:21,22,25
**interpret (1)**
32:16
**investment (3)**
7:18 13:21 47:2
**invited (1)**
20:9
**inviting (1)**
42:16
**involved (1)**
32:10
**involvement (1)**
62:17
**irrevocable (2)**

25:19 28:19
**Irving (3)**
4:7 29:20 53:24
**issue (1)**
53:14
**item (1)**
50:21

_____
**J**
**January (1)**
9:19
**Jeff (2)**
5:20 60:16
**Jersey (1)**
5:6
**job (2)**
1:25 8:18
**JOE (1)**
5:21
**JOHN (1)**
5:23
**JOHNSON (1)**
6:18
**jointly (1)**
7:10
**judgment (2)**
27:9 39:25
**junction (1)**
24:24

_____
**K**
**KATHY (1)**
6:16
**keep (7)**
8:14 21:11 27:18 28:3
28:18 43:24 62:6
**kept (1)**
19:25
**King (1)**
4:12
**KIRK (1)**
6:8
**know (8)**
19:4 30:22 31:22 32:3
32:8 53:2 62:16,22

_____
**L**
**labor (1)**
32:11
**landlord (1)**
60:2
**language (7)**
35:25 47:19 50:11
51:2,5,21 53:11
**lapse (1)**
34:23

**largest (1)**
42:17
**LARSEN (1)**
3:25
**latest (2)**
25:24 28:18
**law (3)**
34:10 35:2 51:10
**lead (1)**
7:13
**leads (1)**
18:14
**leased (1)**
51:13
**leave (5)**
19:8 33:21 39:7 45:22
64:18
**leaving (1)**
54:16
**LEE (1)**
6:7
**left (1)**
54:19
**LEHR (1)**
5:3
**Leonard (1)**
9:5
**let's (1)**
8:14
**letter (1)**
49:18
**Levine (3)**
5:7 30:15,15
**liabilities (6)**
24:3 37:10,11,14 51:5
51:24
**liability (1)**
36:15
**license (1)**
52:12
**limit (1)**
25:2
**limited (1)**
45:12
**limits (1)**
24:22
**line (3)**
31:2,9 35:9
**Lisa (10)**
3:18 14:7,11 15:6
17:9 48:14 49:12
55:20 57:6 58:13
**list (1)**
31:15
**listed (1)**
51:22

**literally (2)**
45:23 64:14
**little (3)**
33:24 43:5 63:5
**live (6)**
10:13 43:10,13,25
44:6,8
**lives (1)**
42:24
**living (1)**
19:2
**LLP (1)**
2:7
**lobby (1)**
64:14
**local (9)**
4:18 6:13,14,15 10:12
11:19,20 12:2 22:25
**Lombard (1)**
4:5
**look (3)**
30:11 44:18 64:2
**looking (1)**
10:25
**LORING (1)**
6:10
**lot (1)**
43:17
**luck (2)**
46:21 63:8
**LYNN (1)**
3:25

_____

**M**
**MAGRAM (1)**
5:20
**maintain (2)**
25:24 29:12
**making (8)**
10:23 19:23 23:8
40:13 43:13 49:15
50:10 58:15
**malicious (1)**
30:23
**manageable (1)**
11:4
**MARIO (1)**
6:5
**marked (1)**
66:14
**market (1)**
63:4
**marketplace (2)**
43:2,16
**marriage (1)**
65:14

**MARSHALL (1)**
6:4
**Maryland (1)**
4:6
**Massachusetts (6)**
1:11 2:9 3:7 4:20
12:22 42:18
**material (3)**
22:11 26:5 51:12
**materials (2)**
31:16 51:18
**matter (3)**
48:19 51:7 65:16
**maximum (1)**
20:18
**Media (12)**
1:4 5:19,20,21,22,23
7:7,8 12:22,24
13:21,23
**Medianews (2)**
3:14 12:25
**meeting (1)**
48:11
**MEJER (1)**
6:19
**member (3)**
18:2 19:20 34:12
**members (2)**
18:25 19:12
**membership (4)**
34:5,6,13 52:11
**memorandum (2)**
31:6,10
**message (1)**
64:13
**Michael (4)**
4:21 6:6,15 13:20
**MICHELE (1)**
6:19
**mike (7)**
10:22 55:4,15 56:18
57:23 60:14 62:4
**Milk (1)**
4:19
**million (33)**
38:3,4 40:25 41:6
47:9 49:23,24 50:3
50:3 55:10,11,12,12
55:13,23 56:2,2,5
56:12,22 57:4,12,13
57:14,15,16,20 58:3
58:9,20,21,22 59:3
**mind (1)**
47:6
**minus (2)**
33:23 37:9

**minute (1)**
40:9
**miscellaneous (3)**
52:6,17 53:13
**MNG (37)**
5:24,25 6:4,5 13:2
14:6,9 15:5 38:3
39:16 40:2,4 44:15
47:23 48:15,16 49:6
49:13 50:15 54:20
55:21 56:12,15 57:5
57:7,18 58:11,14
59:4,21 60:11,25
61:17 62:13 63:7,20
64:3
**MNG's (1)**
48:3
**moderator (1)**
20:20
**modifications (1)**
25:15
**morning (1)**
7:4
**motion (1)**
9:23
**MOTIONS (1)**
66:11
**motivated (1)**
43:11
**moving (1)**
21:12
**MUNROE (1)**
6:16

_____

**N**
**N (5)**
3:2 4:2 5:1 6:2 66:2
**name (1)**
22:3
**named (1)**
31:2
**nature (1)**
26:12
**NDA (1)**
31:13
**near (1)**
21:21
**necessary (1)**
47:24
**need (13)**
9:9,11 16:10 21:16,22
28:7 32:22 41:12
47:4,13,20,23 55:19
**needs (5)**
9:7 10:8 13:8 54:4
56:25

**Negotiated (2)**
5:11 12:7
**neither (1)**
54:14
**never (1)**
19:21
**New (13)**
2:11 3:16,16 5:6,14
5:14 11:19 12:3
13:21,23 65:3,5,8
**Newark (1)**
5:6
**news (1)**
18:21
**newspaper (5)**
11:18,20,21 43:8
63:10
**newspapers (2)**
42:18,20
**nod (1)**
47:15
**nominal (1)**
34:21
**non-compliance (1)**
51:9
**North (1)**
4:12
**Notary (2)**
2:10 65:7
**note (3)**
17:22 38:4,7
**noted (2)**
52:7 64:24
**notice (1)**
28:14
**Notwithstanding (1)**
38:25
**number (11)**
7:13 9:20,23 11:14
14:12 25:3 26:15
29:16 40:13 49:24
61:21

_____

**O**
**O'BRIEN (1)**
6:13
**o'clock (1)**
29:11
**O'NEILL (1)**
5:21
**O'RYAN (1)**
6:18
**objection (5)**
35:23 38:8,9 39:2,6
**obligation (1)**
36:12

**obvious (1)**
20:5
**obviously (5)**
8:11 27:4 37:22 41:2
64:17
**occasion (1)**
20:17
**offer (1)**
39:4
**offered (2)**
24:2 26:8
**offering (1)**
31:10
**offers (1)**
39:6
**offices (1)**
2:7
**Ohio (1)**
3:24
**okay (11)**
8:14 32:24 44:16
47:11 48:12 49:2
52:25 53:3 54:11
57:18 60:10
**open (8)**
22:10 25:20 28:19
41:25 42:2 46:12
49:6 60:7
**operated (1)**
51:14
**opportunity (4)**
8:12,16 21:13 27:16
**order (15)**
2:9 9:18,21 15:19
18:6 23:11,16 24:16
24:20 28:22 29:9,24
30:9 36:2 50:6
**orders (1)**
21:5
**organizations (1)**
18:21
**original (1)**
25:16
**OSCAR (1)**
6:7
**outcome (1)**
65:15
**outreach (2)**
18:20 20:18
**outside (2)**
18:22 21:18
**overbid (10)**
23:23 24:4,9 25:14,19
25:23 26:6,8 27:17
44:2
**overbids (2)**

26:12 27:19
**overnight (1)**
21:8
**Owen (3)**
6:21 7:19,19
**owned (3)**
13:22 35:5 51:13
**owner (3)**
7:20,20 42:17

**— P —**

**P (8)**
3:2,2 4:2,2 5:1,1 6:2,2
**p.m (2)**
2:4 64:24
**page (2)**
51:25 66:3
**paid (2)**
34:22 60:4
**papers (1)**
19:24
**paragraph (1)**
50:5
**Park (1)**
3:15
**part (5)**
30:9 43:14 46:16
47:25 48:4
**participating (1)**
23:7
**participation (3)**
15:14 18:7 23:6
**particular (3)**
24:20 25:2 29:24
**parties (39)**
12:10 16:13 17:15,18
18:11,22 19:10,13
20:25 21:17 22:2,7
22:14,20 24:11,23
26:17 27:8 30:16,20
31:11,12,19 39:24
40:23 41:13,24
44:10 53:17 54:2,24
55:18 56:25 59:17
59:19 61:6,10 62:10
65:13
**partner (1)**
7:5
**party (9)**
11:13 18:2 19:22 23:2
23:3 27:12 53:20
55:16 62:16
**party's (1)**
20:5
**pass (1)**
47:22

**Pat (5)**
5:19 7:23 9:3 60:15
64:11
**Pat's (1)**
43:4
**PATEL (1)**
5:8
**patience (1)**
46:11
**Patrick (1)**
7:22
**Patriots (2)**
35:4 52:13
**Paul (2)**
6:20 28:4
**pay (2)**
34:23 50:4
**payable (1)**
50:14
**payments (3)**
38:21 39:9 41:15
**PBGC (2)**
35:25 36:10
**pending (2)**
7:11 35:23
**pension (10)**
5:11 11:21,22,23 12:4
12:7,8 35:24 36:8
36:14
**people (8)**
9:8,13 11:3 20:6
45:22 64:14,19,21
**people's (1)**
20:8
**percent (4)**
13:22 41:8,20 60:5
**period (1)**
8:20
**permission (3)**
16:7,9 34:17
**permitted (1)**
23:18
**permutations (1)**
26:15
**person (1)**
51:11
**persons (1)**
39:5
**perspective (1)**
53:19
**petition (3)**
37:8,9 50:14
**phenomenon (1)**
8:18
**Philip (4)**
1:24 2:10 65:7,21

**photos (1)**
45:24
**physically (1)**
13:7
**piece (1)**
8:5
**place (2)**
43:10,13
**plan (5)**
5:12 11:23 12:7,8
36:15
**plans (3)**
36:8,9,11
**please (13)**
10:21 11:8 13:15
16:11 17:19 19:8,14
19:17 20:2,7 34:3
34:24 35:11
**pleased (3)**
12:11,14 46:16
**plus (5)**
50:3 56:2 57:12,15
58:21
**podium (2)**
49:9 57:21
**point (7)**
27:11 28:12 38:24
46:17 53:4 55:17
59:11
**points (1)**
40:19
**policy (1)**
35:14
**POLLY (1)**
6:9
**portion (8)**
23:25 41:5 43:20 53:5
56:8,10 57:12,21
**portions (1)**
55:5
**position (2)**
12:17 13:6
**positive (4)**
37:25 38:2,4 48:18
**possible (4)**
13:4 21:14 27:24 32:6
**possibly (1)**
8:25
**post (4)**
37:8,9 50:13,22
**potential (1)**
31:7
**predicated (1)**
38:17
**prepaid (1)**
38:6

**prepared (2)**
34:9 42:6
**presence (2)**
43:17 63:4
**present (3)**
5:17 13:8 18:3
**preservation (1)**
36:13
**preserve (1)**
36:6
**preserved (1)**
38:12
**press (7)**
18:6,10 19:12,18,20
20:14 48:10
**presume (1)**
64:16
**prevent (1)**
14:18
**previously (5)**
11:5 25:13 31:19 52:8
60:5
**price (18)**
15:12 23:4,20 34:19
37:7 38:17 49:20,25
50:7,9 55:23,24,25
57:10,11,21 58:4,18
**primary (1)**
28:6
**prior (4)**
25:8 47:25 48:5 54:21
**private (6)**
18:12 19:23,24,25
20:3,6
**probably (2)**
44:3 63:4
**problem (1)**
13:13
**procedural (1)**
21:2
**procedure (2)**
9:18 18:5
**procedures (16)**
9:16 10:4,7,7,9,9
11:12 21:4,24 25:18
25:18 26:20 28:23
29:25 30:9 39:20
**proceed (3)**
26:23 48:2,2
**proceedings (61)**
1:10 2:6 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1

30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1
65:11
**process (11)**
8:21 14:22 18:16
29:17 30:25 31:4
46:17 60:17,24
62:12,22
**production (1)**
36:13
**projected (1)**
60:4
**promptly (3)**
15:19 16:20 23:16
**property (1)**
51:12
**propose (2)**
56:21 58:2
**proposed (3)**
15:17 23:14 49:14
**proposing (1)**
55:7
**protections (1)**
40:12
**provide (5)**
26:23 31:20 32:25
36:7 37:13
**provided (5)**
22:10 25:16 33:4 52:2
52:19
**provision (1)**
52:18
**PTO (7)**
41:8,10,15 56:3 57:13
57:16 58:22
**public (4)**
2:10 18:7,22 65:8
**publish (1)**
19:4
**published (1)**
31:2
**publisher (1)**
7:21
**Purcell (10)**
5:19 7:22,24 12:11
20:12 33:13 34:11
34:21,22 62:19
**Purcell's (1)**
20:15

**purchase (15)**
37:7 40:2 49:20,21,22
49:25 50:7,9 55:23
55:24,25 57:10,11
58:4,17
**purchased (2)**
23:21 37:9
**purchaser (1)**
31:7
**purpose (1)**
45:12
**purposes (1)**
45:19
**pursuant (4)**
2:9 9:15,17 28:23
**put (8)**
12:15,17 22:16 40:8
42:11 44:4 46:25
50:20
**putting (1)**
62:13

_____

**Q**

**qualified (13)**
15:15 16:21 22:12
23:10 25:22,25 27:6
27:10,15 28:18 30:2
30:4 44:12
**question (6)**
29:19 30:10,14 42:5
42:13 64:6
**questions (10)**
39:20 44:19,20 46:3,5
48:3 52:23 53:21
54:6 60:8
**quick (1)**
64:4
**quickly (3)**
14:14 21:12 54:9

_____

**R**

**R (5)**
3:2 4:2 5:1 6:2 65:2
**raising (1)**
52:20
**Raymond (1)**
5:5
**read (1)**
33:17
**readers (2)**
8:3 42:23
**real (2)**
18:6 51:12
**really (9)**
8:7 11:3 60:19 62:20
62:23,23 63:11,12

64:4
**reason (3)**
16:8 38:23 43:15
**reasonable (3)**
26:18 27:8,16
**reasonably (1)**
27:18
**reasons (1)**
18:9
**received (2)**
40:5,20
**Recess (6)**
45:9 46:8 49:3 54:10
59:12 61:12
**recognize (3)**
20:21 43:4 57:2
**recognizes (2)**
58:7 59:4
**recommence (1)**
21:7
**record (34)**
7:3 10:18 14:16 17:20
26:4 44:22,24,24
45:3,5,6,8,11 46:4,7
46:9 49:2,5 52:5,8
53:19,22 54:7,12
57:7,23 58:14 59:11
59:13 60:14 61:13
62:3 64:22 65:11
**recycling (1)**
51:16
**reduces (1)**
41:4
**reduction (2)**
59:22,24
**Reed (29)**
6:6 13:20,20 14:24
15:22,23 16:24 17:6
32:19 36:22 39:13
42:14 48:22 55:4,4
56:18,18 57:23,24
58:6 59:8 60:12,13
60:14 61:3 62:2,4,5
64:7
**Reed's (1)**
42:13
**refer (8)**
7:14 11:17 12:5,8,9
12:23,24 40:4
**referring (1)**
9:20
**reflect (1)**
17:20
**reflected (2)**
10:17 40:2
**reflection (1)**

43:25
**regarding (3)**
13:5 31:3 40:19
**regardless (1)**
18:24
**rejection (3)**
9:23 60:2,3
**related (3)**
36:7 51:6 65:13
**relates (1)**
51:21
**relating (3)**
32:13 39:8 48:18
**relative (1)**
45:16
**release (2)**
51:10,10
**relevant (1)**
28:16
**rely (1)**
8:4
**remain (1)**
25:20
**remediate (1)**
32:6
**remember (2)**
19:17 45:4
**remind (1)**
18:14
**reminds (1)**
63:18
**report (2)**
19:21 54:3
**Reported (1)**
1:24
**reporter (5)**
10:11,20,25 11:6 45:3
**reporters (3)**
17:23 48:7 64:10
**represent (1)**
18:25
**representative (2)**
21:20 45:13
**representatives (11)**
7:17 11:10,14,25 12:6
17:13,14 19:14,18
20:13 28:2
**request (1)**
29:23
**requests (3)**
17:23 66:6,10
**require (2)**
26:24 30:4
**required (5)**
22:2 25:24 28:9,18
38:15

**requirement (3)**
26:3 36:11 45:21
**reserve (3)**
21:6 24:21 26:17
**resolution (2)**
36:18,19
**resolve (2)**
35:22 39:2
**resolved (1)**
8:24
**resources (1)**
27:2
**respect (11)**
23:12 38:22 47:2 50:8
50:13,24 51:8,23
57:9 58:16 60:20
**respective (5)**
18:21 37:5,18 39:24
42:7
**respects (1)**
10:3
**respond (1)**
42:12
**responsibility (1)**
28:6
**responsible (2)**
19:13,22
**rest (2)**
49:25 50:8
**restricted (1)**
36:12
**resulting (1)**
26:9
**review (1)**
36:17
**Revolution (15)**
4:10 6:10,11,12 12:23
12:25 13:25 14:4
32:20 38:2 39:14
42:3 46:12,15,15
**right (8)**
8:22 10:25 21:6 24:21
26:18 47:12 52:13
62:5
**Rizzuti (4)**
1:24 2:10 65:7,21
**Robert (7)**
4:14 6:10 14:2,5 15:3
17:8 46:14
**ROBINSON (1)**
3:21
**Rodney (1)**
4:11
**room (13)**
7:20 10:13,18 11:3
17:17 20:2,4,5,7

21:18,21 45:2,24
**rooms (1)**
20:8
**round (3)**
30:2 57:10 60:6
**Rudnick (4)**
2:7 3:4 7:6 9:13
**rule (3)**
10:12 16:17 19:7
**rules (6)**
9:24 10:6 14:12 21:2
22:16,25
**RULINGS (1)**
66:8
**run (1)**
47:20

_____

**S**

**S (4)**
3:2 4:2 5:1 6:2
**SACK (1)**
6:9
**salable (1)**
34:19
**sale (19)**
10:9 18:13 23:13,17
25:18 27:3 28:22
29:4,10 30:25 31:4
32:13 33:15 35:8
36:2 38:9,12,15
39:3
**sales (2)**
9:18 18:5
**Saul (2)**
5:3 30:15
**saying (5)**
35:20 41:17,19 53:8
60:15
**says (1)**
51:5
**schedule (1)**
50:20
**scheduled (1)**
29:10
**schedules (1)**
33:17
**SCHOTZ (1)**
4:3
**screen (1)**
37:20
**screens (2)**
22:16 43:25
**SEAN (2)**
6:11,13
**season (1)**
35:7

seat (1)
52:12
seats (1)
35:8
Second (1)
33:8
section (11)
9:22 26:19 34:14
49:21 50:6,25 51:3
51:25 55:8 56:20
57:25
see (4)
37:19 45:12 55:19
61:21
select (1)
29:2
selected (2)
15:18 23:15
sell (3)
33:24 34:9 35:2
service (1)
48:9
set (1)
65:18
severance (3)
41:9,10,15
shared (1)
22:14
Sharon (2)
5:7 30:15
sheet (1)
52:2
shine (1)
42:10
short (1)
30:25
shortly (1)
25:10
shout (1)
10:10
side (1)
19:16
sign (1)
27:21
signed (1)
31:13
significant (1)
27:20
similar (1)
9:24
Similarly (1)
22:13
simple (1)
26:13
site (1)
51:15

slightly (1)
44:14
smoke (1)
21:23
so-called (1)
11:12
Soares (5)
5:22 42:9 43:23 44:5
50:19
sold (5)
34:15,16 35:12,15,17
solely (2)
32:16 36:12
somewhat (2)
26:11 33:18
Sonny (1)
63:18
soon (1)
34:8
sorry (3)
16:24 29:18 48:12
sort (1)
33:9
SOURISH (1)
3:19
speak (3)
13:17 46:22 54:25
speaker (1)
10:20
speaking (2)
10:21 37:4
specific (1)
52:10
specifically (1)
50:21
spokesperson (6)
13:4,7,10,16 14:3,8
Square (1)
4:11
ss (1)
65:4
Stadium (1)
35:15
staff (1)
8:17
stand (1)
9:7
STARGATT (1)
4:9
start (5)
22:4 40:6 48:10 49:19
60:15
starting (7)
14:23 24:17 25:10
36:21 39:19,25
44:15

State (3)
2:11 65:3,8
States (2)
1:2 7:11
stay (1)
50:2
stays (2)
45:22,23
stenographer (1)
17:16
step (1)
42:10
STEPHANIE (1)
5:15
storage (1)
51:15
STRAUSS (1)
3:13
Street (4)
3:23 4:5,12,19
subject (1)
26:19
submission (1)
49:16
submits (1)
25:22
submitted (2)
24:5 39:25
subscription (1)
37:11
subsidiary (1)
13:22
substantial (1)
12:16
substantially (1)
12:13
subtraction (1)
40:11
suburbs (1)
42:20
success (1)
63:16
successful (10)
15:18 23:15 27:13,23
28:15,21,24 29:3
36:5 63:20
succession (1)
64:4
successive (1)
22:9
successor (1)
36:15
successors (1)
36:6
sufficient (1)
26:25

suggested (1)
36:18
SUNNI (1)
3:9
sure (4)
19:23 46:14 47:14
56:6
SUTTY (1)
4:22

_____

**T**

T (2)
65:2,2
take (14)
8:12,15 28:5 30:11
33:20 34:2 35:16
36:10 44:17,18
48:24 53:3 59:8
61:4
taken (9)
14:17 32:4 45:9,25
46:8 49:3 54:10
59:12 61:12
talk (11)
16:6,11,12,12 32:22
41:23 42:6,14 61:5
64:12,21
talking (2)
16:16 64:19
TANIA (1)
6:19
TAYLOR (1)
4:9
team (4)
46:23 60:18 63:9
64:11
Teamsters (3)
12:2,3,5
tell (1)
35:18
tenure (1)
8:19
terminate (1)
36:10
terms (8)
22:11,13 23:22 25:10
25:17 26:5 42:10
50:5
THACKER (1)
3:21
thank (34)
8:13,16 9:2,3 13:24
14:5,10,25 15:4,8
16:4 17:11 39:21
42:15 43:22 44:3
45:8 46:5 55:15

56:11 58:6 60:13,16
61:2,3,11 62:13,18
62:20,25 63:17,23
64:2,23
Thanks (1)
46:11
thing (1)
63:11
things (4)
10:19 21:12 54:14
60:19
think (8)
16:8 24:23 25:2,4,5
33:10 35:21 48:20
third (1)
51:25
third-party (2)
31:24 32:3
THOMAS (1)
4:15
thousands (1)
42:22
threat (1)
51:10
three (7)
12:12,12,21 17:15
39:5 40:14 41:2
thrive (1)
43:8
tickets (2)
35:4 52:14
time (20)
12:16 18:7 21:8,18,23
23:19 24:22 25:2,5
28:11 32:7,22 42:8
42:9 46:24 47:21
60:22 63:13 64:15
64:24
times (1)
14:21
TNG-CWA (1)
11:23
today (15)
9:4,14 10:12 11:24
12:18,20 19:22
21:11 32:12 33:15
34:16 41:3 43:15
62:8,21
tomorrow (1)
28:10
top (1)
63:22
topped (1)
61:18
topping (1)
47:25

**total (8)**
26:7 53:6 54:22 55:13
56:23 58:4,9 61:16
**TPC (1)**
34:5
**transaction (8)**
15:18,21 17:4 23:14
24:7 28:16,20,25
**transactions (1)**
29:7
**transcribed (1)**
10:14
**transcript (3)**
10:14 29:13 61:20
**transparent (1)**
22:22
**transportation (1)**
51:16
**treat (1)**
38:6
**treatment (1)**
51:15
**TRISTAN (1)**
3:10
**Trucking (1)**
12:3
**true (1)**
65:11
**Trustee (2)**
38:8,21
**try (17)**
10:21 12:23 13:9
14:13 19:3 24:15
26:6 27:17,25 28:3
32:5 34:9 35:18
42:12 44:23 45:3
62:23
**Tuesday (1)**
1:12
**turn (4)**
55:2 57:4,21 60:12
**tweets (1)**
18:20
**two (5)**
9:21 17:23 36:8 40:19
61:15
**type (1)**
61:25
**Typographical (1)**
11:19

_____
**U**
_____
**U.S (2)**
38:7,21
**understand (1)**
39:3

**unease (1)**
32:12
**unfortunately (2)**
14:13 47:9
**union (2)**
11:20 32:2
**unions (1)**
18:3
**United (2)**
1:2 7:11
**unrest (1)**
32:11
**unrestricted (3)**
40:24 41:5 43:20
**use (1)**
50:16
**usher (1)**
20:10
**utmost (1)**
60:20

_____
**V**
_____
**valuable (1)**
8:5
**value (20)**
22:18 33:22,23 37:8
40:7 49:7 53:23
54:20 57:3,19 58:9
59:5,16,20,21,23,24
60:11 61:17,19
**values (1)**
45:16
**Van (2)**
6:21 7:19
**vehicle (1)**
52:10
**vehicles (1)**
52:9
**version (2)**
31:9,15
**victim (1)**
30:23
**view (5)**
20:16,16 34:10 35:16
38:20
**VINCE (1)**
4:15
**violation (1)**
51:8

_____
**W**
_____
**waiting (1)**
64:14
**waive (2)**
26:3 30:17
**waiver (1)**

24:3
**Walker (6)**
4:7 29:20,20 42:4
53:24,24
**want (22)**
7:24 8:12,15 20:17,22
21:12 30:18 33:10
34:24 35:11,18
38:19 41:21 45:6
49:8 55:16 59:15
60:14 61:8 63:13
64:17,21
**wanted (3)**
29:15 42:15 48:16
**wants (3)**
31:20 34:8 47:8
**way (4)**
9:5 48:10 62:9 65:15
**weather (1)**
16:16
**week (1)**
17:24
**weekly (1)**
42:19
**weeks (1)**
9:22
**welcome (1)**
33:20
**whatsoever (1)**
36:14
**WHELAN (1)**
6:17
**WHEREOF (1)**
65:17
**wherewithal (2)**
16:20 17:3
**wholly (1)**
13:22
**WICKOUSKI (1)**
5:15
**WILLIAM (1)**
3:8
**Wilmington (1)**
4:13
**winning (4)**
17:4 20:13 27:22
63:21
**wish (9)**
8:10 26:22 44:10
46:19 60:24 63:3,7
63:15,21
**withdraw (3)**
30:3 46:19 60:23
**withdrawn (1)**
30:6
**WITNESS (2)**

65:17 66:3
**wonderful (1)**
8:23
**wondering (1)**
28:12
**work (7)**
20:12 28:7 47:13 48:6
48:8 62:8,24
**worked (3)**
37:12 49:16 62:22
**Workers (1)**
11:16
**working (11)**
19:3 31:23 37:3,15,24
47:19 50:15 55:6
62:11,21 64:3
**world (1)**
63:16
**wouldn't (2)**
41:19 53:6
**wrongdoer (1)**
31:23

_____
**X**
_____
**X (1)**
66:2

_____
**Y**
_____
**yard (1)**
35:9
**year (4)**
34:7,8 35:10 47:9
**years (1)**
34:13
**York (9)**
2:11 3:16,16 5:14,14
11:19 65:3,5,9
**Young (2)**
4:9 14:2

_____
**Z**
_____
**ZACK (1)**
4:17
**ZARAZUA (1)**
6:5
**ZINZ (1)**
3:21

_____
**0**
_____
**02109 (1)**
4:20
**02111 (1)**
3:7
**07102 (1)**
5:6

_____
**1**
_____
**1 (5)**
2:7 12:22 50:3 55:11
57:15
**1:29 (1)**
2:4
**10 (1)**
29:11
**100 (2)**
13:22 41:20
**1000 (1)**
4:12
**10036 (1)**
3:16
**10104 (1)**
5:14
**1037 (1)**
5:5
**11 (3)**
1:5 7:10 9:19
**1113 (2)**
9:22 50:6
**1114 (1)**
50:6
**1290 (1)**
5:13
**13 (2)**
1:12 2:3
**136035 (1)**
1:25
**1375 (1)**
3:23
**14156 (1)**
11:20
**146 (1)**
9:20
**14th (2)**
28:10 65:18
**16th (2)**
29:5,11
**17-12881 (1)**
7:13
**17-12881(LSS) (1)**
1:6
**177 (1)**
4:19
**19801 (1)**
4:13

_____
**2**
_____
**2018 (4)**
1:12 2:3 49:17 65:19
**21202 (1)**
4:6
**213 (1)**
9:23

**25 (5)**
4:18 6:13,14,15 12:2

_____ **3** _____
**3.1 (1)**
49:21
**3.1.1(a) (3)**
55:9 56:20 57:25
**3.2.2 (2)**
50:25 51:25
**30 (2)**
11:19 35:8
**300 (1)**
4:5
**31st (3)**
37:15,17,22
**365 (1)**
34:14

_____ **4** _____
**4,700,000 (1)**
55:10
**44114 (1)**
3:24

_____ **5** _____
**5.6 (3)**
49:24 50:3 55:25
**5.7 (2)**
55:10,12
**500 (1)**
53:5
**500,000 (1)**
49:24
**525,000 (1)**
54:21
**5th (2)**
9:19 31:3

_____ **6** _____
**6(f) (1)**
26:19
**6:45 (1)**
64:24
**60 (1)**
28:21

_____ **7** _____
**7 (1)**
49:17
**7,688,000 (1)**
54:22
**7,895,000 (1)**
49:8

_____ **8** _____

**8,213,000 (2)**
54:22 56:13
**800 (1)**
42:21
**8th (1)**
40:3

_____ **9** _____
**9.6(b) (1)**
50:5
**9th (1)**
3:23