# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERALD MEDIA HOLDINGS, INC., *et al.,* | ) | Case No. 17-12881 (LSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## DECLARATION OF MICHAEL KOREN IN SUPPORT OF ENTRY OF THE PROPOSED SALE ORDER

I, Michael Koren, declare as follows:

1. I am the Senior Vice President and Chief Financial Officer of MediaNews Group, Inc. d/b/a DigitalFirst Media ("MediaNews Group") and the Senior Vice President and Chief Financial Officer of MNG-BH Acquisition LLC (the "Buyer"), the proposed buyer under that certain Asset Purchase Agreement, dated as of February 14, 2018 (as amended and supplemented, together with all exhibits and schedules, the "APA"), between and among the Debtors, the Buyer and MediaNews Group as guarantor.[2] Prior to my current positions as Senior Vice President and Chief Financial Officer at MediaNews Group and MNG-BH Acquisition LLC, I was Vice President and Controller of MediaNews Group from 2001 through 2014. MediaNews Group is a leader in local, multiplatform news and information, distinguished by its original content and high quality, diversified portfolio of local media assets. MediaNews Group is one of the largest newspaper companies in the United States, serving an audience of over 48

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Herald Media Holdings, Inc. (5048); Herald Media, Inc. (1468); Boston Herald, Inc. (5341) and Herald Interactive, Inc. (2359). The Debtors' headquarters are located at 70 Fargo Street, Suite 600, Boston, MA 02210.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Debtors' proposed *Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B)Authorizing and Approving the Debtors' Performance under the Asset Purchase Agreement; (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [Docket No. 235-1] (the "Proposed Sale Order") or the APA.

million readers on a monthly basis. MediaNews Group's portfolio of products includes over 200 publications across 10 states. Accordingly, the management teams of MediaNews Group and the Buyer have extensive experience in the news and information business.

2. I submit this declaration (the "Declaration") in support of the Debtors' Motion, seeking entry of an order, *inter alia*, authorizing and approving the Debtors to sell the Purchased Assets free and clear of all liens, claims, encumbrances and other interests to the Buyer pursuant to the terms and conditions of the APA, and specifically as to the adequate assurance of future performance of the Buyer with respect to the Assumed Contracts.

3. The statements in this Declaration are, except where specifically noted, based on either my personal knowledge or opinion or on information that I have received from other members of the Buyer's and MediaNews Group's management teams or the Buyer's advisors. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

4. I am familiar with MediaNews Group's current financial statements and the strength of its financial stability and capacity to meet its obligations as the guarantor under the APA and I am familiar with the Buyer's financial condition and its ability to meet its obligations to pay the cure costs associated with, and to perform under, the Assumed Contracts. In addition, I have familiarized myself with the revenues of the Business and the expenditures associated with the Business. The management teams of the Buyer and MediaNews Group have engaged in an analysis of the Business, including what the Buyer's obligations will be to the various contract counterparties under the Assumed Contracts, in connection with the Sale process.

5. Specifically, MediaNews Group has committed to provide the Buyer, through an intercompany loan, a capital contribution or some combination thereof, with the funds necessary to pay the Purchase Price under the APA, which consists of $9.6 million plus $1.0 million earmarked to pay Employees in accordance with paragraph 9(b) of the CWA Section 1113/1114

Order, plus the Closing Net Working Capital Amount, the Assumed Liabilities and the Cure Amounts, and have sufficient cash on hand post-Closing to fund the ongoing operation of the Business. After such capitalization, the Buyer will have sufficient funds to pay the Cure Amounts and make all payments under the Assumed Contracts as and when they come due post-Closing.

6. MediaNews Group has a financially sound capital structure and ample liquidity to provide the Buyer with the funds necessary at Closing and to operate the Business post-Closing. As of February 12, 2018, MediaNews Group had in excess of $37 million in cash on hand in addition to significant undrawn availability under its two asset-based loan facilities. MediaNews Group's financial statements are proprietary and confidential and have been provided to the Consultation Parties (as defined in the Sale Procedures Order) in connection with the preparation of the Buyer's Qualified Bid. However, MediaNews Group is prepared to make its financial statements available to the Court for inspection and review *in camera*.

7. Furthermore, the Buyer will have sufficient funds to perform under the Assumed Contracts through the operation of the Business post-Closing. The Debtors' aggregate revenues for the Business for fiscal year 2017 were approximately $35.4 million. The Buyer anticipates that the operation of the Business will generate revenues of at least $31 million during the first twelve months following the Closing. The management teams of MediaNews Group and the Buyer have extensive experience operating some of the top daily local newspapers in the United States. Thus, I believe that the Buyer will have sufficient funds to satisfy all of its obligations under the Assumed Contracts as a result of the cash on hand at Closing and the post-Closing revenues from the Business.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 15, 2018

_____
Michael Koren, in his capacities as Senior Vice President & Chief Financial Officer of MNG-BH Acquisition, LLC and Senior Vice President & Chief Financial Officer of Media News Group, Inc.