**SCHEDULE 1**

No Liability Claims

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BAIUNGO, JOSEPH | 54 | Not stated | Claim states "services performed" as basis for liability and does not indicate an amount owed. There is no further documentation included with the claim. The Debtors' books and records do not reflect any amount owed to the Claimant. |
| BOSTON PHOTO RENTAL | 10032 | $398.44 | The Debtors have paid the invoices provided in support of the claim. This claim is satisfied. |
| CARR, HOWARD L. | 154 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| CONVEY, KEVIN R | 10129 | $1,044,000.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| DESCOTEAUX, LEON | 49 | $242.40 | This is a claim for amounts prepaid in the form a newspaper subscription. The Buyer has assumed all subscription liabilities. Accordingly, the Debtors have no liability for this claim. |
| FACTIVA INC. | 282 | $3,350.00 | The Debtors' contract with the claimant was assumed by the Buyer, and as such pursuant to 11 U.S.C. § 365 and the terms of the Sale documents, the Buyer was required to cure any amounts owed to the Claimant. Accordingly, the Debtors have no liability for this claim. |
| FEE, GAYLE | 10015 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| FEE, GAYLE | 10150 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| GOOGLE LLC | 4 | $6,316.03 | The Debtors have paid the invoices provided in support of the claim. This claim is satisfied. |
| GULLY, ANDREW P | 206 | $756,367.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| KEANEY, PAUL M | 10092 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| MEEHAN, BARBARA | 181 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |
| MEEHAN, BARBARA | 182 | $0.00 | This is a claim for amounts owed to the claimant by a defined benefit pension fund that is not a debtor in these Chapter 11 Cases. The Debtors have no liability for this claim. |

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| PRESSREADER INC. | 10017 | $0.00 | This claim states no basis for liability. |
| STUART, DOUGLAS | 23 | $0.00 | This claim states no basis for liability. |
| TURNER, MARY | 7 | $0.00 | This claim states no basis for liability. |