# SIGN-IN SHEET

CASE NAME: HMH Media, Inc.  COURTROOM NO.: 2

CASE NO.: 17-12881 (LSS)  DATE: 6/28/2018

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Mc Sutty | Elliott Greenleaf | Teamsters |
| Dipesh Patel | Saul Ewing | CWA |
| Lucian Murley | " | " |
| Stephanie Wickouski | Bryan Cave LLP | CWA/ITU Pension Plan |
| Curtis Miller | Morris Nichols | Debtors |
| Bill Baldiga | Brown Rudnick | " |
| Tristan Axelrod | " | " |
| Greg Taylor | Ashby + Geddes | MNG BH-1 / Buyer |
| Benjamin Hackman | | U.S. Trustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**

Calendar Date: 06/28/2018
Calendar Time: 02:00 PM ET

#2

*1st Revision Jun 27 2018 3:01PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | HMH Media, Inc. | 17-12881 | Hearing | 9163901 | Sunni Beville | (617) 856-8475 ext. | Brown Rudnick LLP | Debtor, HMH Media, Inc. / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9164046 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9162635 | Courtney Morgan | (202) 326-4020 ext. 3738 | Pension Benefit Guaranty Corporation | Creditor, PVGC / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9160731 | Joseph O'Neill - Client | (617) 440-1626 ext. | Boston Herald | Debtor, Herald Media Holdings, Inc. / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9163892 | Patrick Purcell | (617) 856-8200 ext. | Brown Rudnick LLP | Client, Patrick Purcell / LISTEN ONLY |