# SIGN-IN SHEET

CASE NAME: HMH Media, Inc.  COURTROOM NO.: 2

CASE NO.: 17-12881 (LSS)  DATE: 07/18/2018

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Sotty | Elliott Greenleaf | Trustee |
| Stephanie Wickouski | Bryan Cave Leighton | CWA/ITU Pension Plan |
| Benjamin Hackman | | U.S. Trustee |
| Curtis Miller | MNAT | Debtor |
| Tamara Mann | MNAT | Debtor |
| Dipesh Patel | Saul Ewing | CWA |
| Lucian Murley | Saul Ewing | CWA |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 07/18/2018
Calendar Time: 10:00 AM ET

1st Revision  Jul 17 2018  3:58PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | HMH Media, Inc. | 17-12881 | Hearing | 9195680 | Tristan G Axelrod | (617) 856-8456 ext. | Brown Rudnick LLP | Debtor, Herald Media Holdings, Inc. / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9195677 | William Baldiga | (617) 856-8586 ext. | Brown Rudnick LLP | Debtor, Proposed Counsel for Debtors and Debtors in Possesion / / LIVE |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9195679 | Sunni Beville | (617) 856-8475 ext. | Brown Rudnick LLP | Debtor, HMH Media, Inc. / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9195682 | Stephen Gray | (617) 875-6405 ext. | Gray & Company, LLC | Interested Party, Gray & Company, LLC / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9193885 | Michael Guippone | (212) 848-4000 ext. | Shearman & Sterling LLP | Debtor, Boston Globe / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9200541 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9197042 | Melissa Ngo | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9195681 | Patrick Purcell | (617) 856-8200 ext. | Brown Rudnick LLP | Client, Patrick Purcell / LISTEN ONLY |
| | | HMH Media, Inc. | 17-12881 | Hearing | 9199056 | David Soares | (617) 856-8552 ext. | David Soares - In Pro Per/Pro Se | Personal Representative, David Soares / LISTEN ONLY |